1  Jason M. Drangel, Esq. (to be admitted *pro hac vice*)
   Epstein Drangel Bazerman & James, LLP
2  60 East 42nd St Ste 820
   New York NY 10165
3  Phone: (212) 292-5390
   Fax:   (212) 292-5391
4  Email: jdrangel@ipcounselors.com
5
   Daniel S. Mount, Esq. (Cal. Bar No. 77517)
6  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
7  Mount & Stoelker, P.C.
   RiverPark Tower, Suite 1650
8  333 West San Carlos Street
   San Jose CA 95110-2740
9  Phone: (408) 279-7000
   Fax:   (408) 998-1473
10 Email: dmount@mount.com, dfingerman@mount.com
11
   Attorneys for Ontel Products Corporation

**FILED**

JAN 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ADR**

12
13              United States District Court
                Northern District of California
14

Case No. **C 10-00386**     **JCS**

15 Ontel Products Corporation

        Plaintiff                    )  **Complaint**
16                                   )
   vs.                               )
17                                   )  **Demand For Jury Trial**
   Beijing Dunhuang Heguang Information )
18 Technology Co. Ltd.; Mei Fu Luo; and )
   United Logistics Solutions Inc.   )
19                                   )
        Defendants                   )
20                                   )

21
22
23
24
25
26
27
28

1

Plaintiff, Ontel Products Corporation, a New Jersey corporation, by and through its undersigned counsel, alleges as follows:

## NATURE OF THE ACTION

1.     This action arises under the Copyright Laws of the United States, 17 U.S.C. § 101 et seq.; for infringement of a trademark under the Lanham Act, 15 USC §1051; for false designation of origin and unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended (15 U.S.C. §1125(a)); and for a related common law claim of unfair competition. Plaintiff seeks injunctive relief, an accounting, compensatory damages, trebling of the accounting and/or compensatory damages, punitive damages, attorney's fees and costs.

## JURISDICTION AND VENUE

2.     Jurisdiction is conferred upon this Court by 28 U.S.C. §1331 and §1338(a) & (b).

3.     Upon information and belief, venue is proper in this district pursuant to 28 U.S.C. §§1400(a) and §1391(b)-(d). Upon information and belief, Defendants are undertaking all of the above-referenced acts of infringement in the state of California and, more particularly, in this judicial district, through an interactive web site and in commerce.

## THE PARTIES

4.     Plaintiff Ontel Products Corporation is a New Jersey corporation, having a principal place of business at 21 Law Drive, Fairfield, NJ 07004. ("Plaintiff" and "Ontel")

5.     Upon information and belief, Defendant Beijing DunHuang HeGuang Information Technology Co., LTD, d/b/a DHGate and DHGate.com, is a China corporation, having a principal place of business in China at 6F, Dimeng Building, Huayuan Road, Beijing, China, 100083. ("DHGate")

6.     Upon information and belief, Defendant Mei Fu Luo, is an individual resident of California, dba DHGate Service, located at 1072 Fleetwood Drive, San Jose CA 95120 ("Luo")

2

7.     Upon information and belief, Defendant United Logistic Solutions, Inc., dba DHGate.com/ULS, is a California corporation, having a principal place of business at 1021 Yosemite Drive, Milpitas, CA 95035 ("United").

8.     Defendants DHGate, Luo and United are hereinafter collectively referred to as "Defendants".

## FACTS COMMON TO ALL COMPLAINTS

9.     Plaintiff is a leading marketer of quality, innovative consumer products commonly known as As Seen On TV or direct market products.

10.    Plaintiff is among the most well-known, well-respected sources of many of the most popular As Seen On TV products sold in the United States including recent successes such as IRON GYM, SWIVEL SWEEPER, TURBO SNAKE and SURE CLIP, among many other products ("Products").

11.    Plaintiff has extensively promoted and sold its Products through direct response television commercials on television and through its and its retail customers' websites on the Internet.  Plaintiff also market the Products at the retail level by well-known retail and wholesale outlets such as Wal-Mart, Target Stores, Bed Bath & Beyond and Walgreens.

## ONTEL'S IRON GYM PRODUCT

12.    Ontel markets a home gym pull up and push up device under the trademark IRON GYM (hereinafter referred to as "Iron Gym").   **Exhibit 1** is a picture of the Product packaging for the Product as sold in retail outlets.

13.    Ontel is the owner of the trademark IRON GYM for a home gym pull up and push up device. The Iron Gym trademark has been used in U.S. commerce by Ontel since at least as early as July 31, 2008.

3

14.     Ontel is the owner of the copyright in, and has obtained a Certificate of Copyright Registration, VA 1-640,051, for its packaging and instructions entitled "Iron Gym Packaging." Attached hereto as **Exhibit 2** is a true and correct copy of said Registration.

## ONTEL'S TURBO SNAKE PRODUCT

15.     Ontel markets a manually operated plumbing snake under the trademark TURBO SNAKE (hereinafter referred to as "Turbo Snake").   **Exhibit 3** is a picture of the Product packaging for the Product as sold in retail outlets.

16.     Ontel is the owner of a U.S. trademark registration for TURBO SNAKE, Reg. No. 3,732,713 for "manually operated plumbing snake."   The application was filed on March 30, 2009 and claims a date of first use of June 6, 2009.

17.     Ontel is the owner of the copyright in, and has obtained a Certificate of Copyright Registration, VA 1-678,155, for its packaging and instructions entitled "Turbo Snake Packaging and Instructions." Attached hereto as **Exhibit 4** is a true and correct copy of said Registration.

## ONTEL'S SWIVEL SWEEPER PRODUCT

18.     Ontel markets a floor sweeping device under the trademark SWIVEL SWEEPER (hereinafter referred to as "Swivel Sweeper").   **Exhibit 5** is a picture of the Product packaging for the Product as sold in retail outlets.

19.     Ontel is the owner of a U.S. trademark registration for SWIVEL SWEEPER, Reg. No. 3,235,563 for "non-electric carpet and floor cleaners"   The application was filed on March 4, 2005 and claims a date of first use of July 5, 2004.

20.     Ontel is the owner of the copyright in, and has obtained a Certificate of Copyright Registration, VA 1-326,528, for its packaging and instructions entitled "Cordless swivel sweeper box." Attached hereto as **Exhibit 6** is a true and correct copy of said Registration.

## ONTEL'S SURE CLIP PRODUCT

4

1    21.    Ontel markets a nail clipper device under the trademark SURE CLIP (hereinafter

2    referred to as "Sure Clip").    **Exhibit 7** is a picture of the Product packaging for the Product as sold

3    in retail outlets.

4    22.    Ontel is the owner of a U.S. trademark application for SURE CLIP, App. No.

5    77/563038, for "nail clippers" The application was filed on September 5, 2008 and claims a date of

6    first use of February 28, 2009.

7

8    23.    Ontel is the owner of the copyright in, and has obtained a Certificate of Copyright

9    Registration, VA 1-681,532, for its packaging and instructions entitled "Sure Clip Packaging."

10   Attached hereto as **Exhibit 8** is a true and correct copy of said Registration.

11   **DEFENDANTS' CONDUCT AND ACTIVITIES**

12   24.    Upon information and belief, DHGate operates the website www.DHGate.com.

13   ("DHGate Website")

14

15   25.    Upon information and belief, DHGate is a provider of online marketing services,

16   including an electronic web-based platform (accessible through the DHGate Website) for buyers and

17   sellers to find trade opportunities and promote their businesses online.

18   26.    Upon information and belief, DHGate also provides finance and administration

19   services. Upon information and belief, DHGate also provides systems administration and technology

20   services to assists buyers in the United States to connect to suppliers in China.

21

22   27.    Upon information and belief, DHGate has over 400,000 Chinese sellers and

23   2,100,000 buyers from more than 230 countries.

24   28.    Upon information and belief, the DHGate Website allow users, among other things,

25   to browse company information and trade leads by industry categories, product sub-categories and

26   product trademarks, ranging from textiles to electronics to gifts and crafts.

27   29.    Upon information and belief, home gym pull up and push up devices, manually

28   operated snake devices, floor sweeping devices and nail clipping devices, including many that are

5

1  identical to Ontel's proprietary Products are found on the DHGate Website.

2      30.     Upon information and belief, DHGate and various third party Chinese manufacturers

3  copied Ontel's Products and packaging and then listed and/or had DHGate list their respective

4  products on the DHGate Website using images of Ontel's proprietary Products, copyrighted

5  packaging and Product trademarks.

6

7      31.     At any given time, tens, hundreds and sometime thousands of listings for pirated and

8  counterfeit Ontel Products from tens or hundreds of Chinese manufacturers appear on the DHGate

9  Website. The listings appear in response to consumer queries to purchase said goods by searching

10  Ontel's trademarks, and general search terms such as home gym pull up and push up devices,

11  manually operated snake devices, floor sweeping devices and nail clipping devices.

12

13      32.     Consumers from the United States and elsewhere in 230 countries, can purchase

14  pirated and counterfeit Ontel Products directly from the tens or hundreds of Chinese manufacturers

15  by accessing the DHGate Website and conducting appropriate searches.

16      33.     No Chinese manufacturer identified on the DHGate Website is authorized to sell

17  Ontel Products.

18      34.     Upon information and belief, DHGate also maintains a link on its home page to a

19  category of goods called "Stock in U.S. and AU."   This link takes prospective purchasers to a page

20  where DHGate identifies products that are stocked at DHGate's U.S. warehouses.

21

22      35.     Upon information and belief, at least one DHGate warehouse is run in partnership

23  between DHGate, Luo and United who arrange for the purchase, sale, payment, and shipment of

24  goods purchased from the "Stock in U.S. and AU" section of the DHGate website.

25      36.     DHGate's "Stock in U.S. and AU" website indicates that:

26  Please be noticed that *the products in this zone are either stocked in our US or
   Australia-based warehouse*, or being sent—en route—to the US or Australia
27  via ocean freight shipping. After your payment is confirmed, DHgate will
   immediately help the seller dispatch the order to you from our US or AU
28  warehouse, via FedEx Ground, FedEx Freight, ....

6

37.     Plaintiff purchased ten (10) IRON GYM units from the "Stock in U.S. and AU" section of the DHGate Website on December 4, 2009. Defendant DHGate processed the order.

38.     Ten (1) IRON GYM units were shipped by United on December 7, 2009 to counsel for Plaintiff and received on December 23, 2009. The Packaging List identified Luo as the Shipping Billing Source and United as the Shipper. The IRON GYM goods received by counsel for Plaintiff were confirmed to be counterfeit copies of Planitiff's IRON GYM product and packaging.

39.     Upon information and belief, DHGate, Luo and United acted with full knowledge that they were selling goods that were counterfeits and pirated copies of proprietary intellectual property of third parties, including proprietary Ontel Products.

40.     Upon information and belief, DHGate actively promotes on its DHGate Website the products of its Chinese manufacturer partners that are counterfeits and pirated copies of proprietary intellectual property of third parties, including pirated and counterfeit Ontel Products, with full knowledge of same.

41.     Upon information and belief, DHGate also recommends counterfeits and pirated copies of proprietary intellectual property of third parties (including Plaintiff) to prospective consumers in a blog on the DHGate Website.

42.     Upon information and belief, DHGate has recently allowed fifth nine (59) Chinese manufacturers identified in **Exhibit 9** to sell virtually identical IRON GYM products on the DHGate Website with full knowledge of this unauthorized activity.

43.     Upon information and belief, DHGate has recently allowed two hundred and fifty four (254) Chinese manufacturers identified in **Exhibit 10** to sell virtually identical SWIVEL SWEEPER products on the DHGate Website with full knowledge of this unauthorized activity.

44.     Upon information and belief, DHGate has recently allowed one hundred and sixty one (161) Chinese manufacturers identified in **Exhibit 11** to sell virtually identical TURBO SNAKE products on the DHGate Website with full knowledge of this unauthorized activity.

45. Upon information and belief, DHGate has recently allowed one (1) Chinese manufacturer identified in **Exhibit 12** to sell virtually identical SURE CLIP products on the DHGate Website with full knowledge of this unauthorized activity.

46. Proper notification regarding the above-referenced acts of infringement have been communicated to DHGate.

47. Upon information and belief, DHGate, upon receiving proper notification, has failed to respond expeditiously to remove, or disable access to, the material that is claimed to be infringing or to be the subject of the infringing activity.

48. Upon information and belief, DHGate requires users of its services to abide by its Terms of Use Agreement (the "Agreement"), which describes the terms and conditions applicable to use of the DHGate Website.

49. Upon information and belief, DHGate reserves the right in it sole discretion to remove any material displayed on its Site which it reasonably believes is unlawful, could subject DHGate to liability, violates the Terms of Use Agreement or is otherwise found inappropriate in DHGate's opinion.

50. Upon information and belief, DHGate may suspend or terminate the account of any user as DHGate deems appropriate in its sole discretion.

51. Upon information and belief, DHGate has in the past and continues to offer for sale or sell in the United States and in this judicial district, through its DHGate Website, home gym pull up devices, manually operated snake devices, floor sweeping devices and nail clipping devices that are virtually identical to Ontel's Products.

52. Upon information and belief, all of the above-referenced actions taken by DHGate, Luo and United have been, and continue to be, willful, wanton and deliberate.

1

2

**COUNT I**

**COPYRIGHT INGRINGEMENT**

3    53.    Ontel realleges and incorporates by reference the allegations set forth in the preceding

4    paragraphs as if fully set forth herein.

5    54.    By its actions alleged above, Defendants have willfully infringed and will continue to

6    infringe Ontel's Copyright Registration Nos. VA 1-681,532, VA 1-326,528, VA 1-678,155, VA 1-

7

8    640,051 by producing, distributing, and placing upon the market products which are direct copies of

9    Ontel's copyrighted works.

10    55.    Ontel has sustained, and will continue to sustain, substantial injuries, loss and damage

11    to its exclusive rights under the Copyright Act in Ontel's copyrighted works. Further, Ontel has

12    sustained, and will continue to sustain, damages from the loss of the value of is exclusive rights by

13    reason of Defendants' acts detailed above.

14

15

**COUNT II**

16

**CONTRIBUTORY COPYRIGHT INFRINGEMENT**

17

18    56.    Ontel realleges and incorporates by reference the allegations set forth in the preceding

19    paragraphs as if fully set forth herein.

20    57.    Upon information and belief, Defendants, with knowledge of the infringing activity,

21    has induced, caused, or materially contributed to the infringement of Ontel' rights in and to the

22    copyrighted works protected by Copyright Registration Nos. VA 1-681,532, VA 1-326,528, VA 1-

23    678,155, VA 1-640,051 by others.

24    58.    At no time has Ontel ever granted or licensed Defendants, or those who they have

25    induced, caused or materially assisted in infringement, the right to copy or modify Ontel's

26    copyrighted works protected by Copyright Registration Nos. VA 1-681,532, VA 1-326,528, VA 1-

27

28    678,155, VA 1-640,051 by others.

9

1    59.    Upon information and belief, Ontel has a good faith belief that use of the material in

2    the manner complained of is not authorized by Ontel, its agent, or the law.

3    60.    Upon information and belief, Defendants continue to contribute to the infringement of

4
     Ontel' copyrights protected by Copyright Registration Nos. VA 1-681,532, VA 1-326,528, VA 1-
5
6    678,155, VA 1-640,051 by others and unless preliminarily and permanently enjoined by order of this

7    Court, Defendants will continue to contribute to the infringement of Ontel' copyrights, all to Ontel's

8    irreparable injury. Furthermore, Ontel is without an adequate remedy at law.

9    61.    Upon information and belief, Defendants have committed all the aforementioned acts

10   of infringement deliberately and willfully.

11   62.    Ontel has sustained, and will continue to sustain, substantial injuries, loss and damage

12
     to its exclusive rights under the Copyright Act in Ontel's copyrighted works. Further, Ontel has
13
14   sustained, and will continue to sustain, damages from the loss of the value of is exclusive rights by

15   reason of Defendants' acts detailed above.

16

17                                    **COUNT III**
                          **VICARIOUS COPYRIGHT INFRINGEMENT**
18

19   63.    Ontel realleges and incorporates by reference the allegations set forth in the preceding

20   paragraphs as if fully set forth herein.

21
     64.    Upon information and belief, Defendants reap financial benefits by offering, selling
22
23   and distributing the infringing products of others without any respect for the copyrights of others.

24   65.    Upon information and belief, Defendants have the right to control the alleged

25   infringing activities identified herein.

26   66.    Upon information and belief, Defendants have vicariously infringed Ontel's rights in

27   and to the copyrights protected by Copyright Registration Nos. VA 1-681,532, VA 1-326,528, VA

28   1-678,155, VA 1-640,051.

                                          10

67. Upon information and belief, Defendants continue to vicariously infringe Ontel's rights, and unless preliminarily and permanently enjoined by Order of this Court, Defendants will continue to vicariously infringe Ontel' rights, all to Ontel's irreparable injury. Furthermore, Ontel is without an adequate remedy at law.

68. Defendants have committed all the aforementioned acts of infringement deliberately and willfully.

69. Ontel has sustained, and will continue to sustain, substantial injuries, loss and damage to its exclusive rights under the Copyright Act in Ontel' copyrighted works. Further, Ontel has sustained, and will continue to sustain, damages from the loss of the value of is exclusive rights by reason of Defendants' acts detailed above.

## COUNT IV

### INFRINGEMENT OF REGISTERED TRADEMARKS

70. Ontel realleges and incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

71. Without authorization of Plaintiff, Defendants have and are marketing, offering for sale and selling, in interstate commerce, products that are identical to or a confusingly similar imitation of the registered SWIVEL SWEEPER and TURBO SNAKE trademarks ("Registered Trademarks") owned by Plaintiff. Those products are sold and/or end up being sold by third parties through the same channels of trade, to the same classes of customers, as the products sold by Plaintiff and in direct competition with the products sold by Plaintiff.

72. Defendants' unauthorized use of the Registered Trademarks, in direct competition with products sold by Plaintiff, has caused and will continue to cause confusion, to cause mistake and to deceive purchasers and potential purchasers as to the source or origin of Defendants' products.

73. The activities of Defendants as aforesaid constitute an infringement of the trademark

11

rights of Plaintiff embodied in its Trademark Registrations set forth above, contrary to the express provisions of 15 U.S.C. 1114(1) of the Lanham Act in that Defendants, without the authorization of Plaintiff, have used and are using in commerce the registered trademarks of Plaintiff set forth above, or a confusingly similar imitation thereof, in connection with the sale, offering for sale and advertising of products in interstate commerce, all to the damage and detriment of Plaintiff.

74.     Upon information and belief, Defendants' infringing activities are and have been undertaken and carried out with knowledge of Plaintiff's prior rights in and to its above noted Registered Trademarks in connection with the marketing of products within the United States, all for the purpose of capitalizing on the substantial reputation and goodwill of Plaintiff.

75.     All of the acts of Defendants herein complained of in the preceding paragraphs are calculated to and will invariably cause substantial damage to the reputation and goodwill of Plaintiff. Unless enjoined by this Court, said unlawful and unauthorized acts of Defendants will inevitably cause confusion, mistake or deception and will lead or tend to lead the trade and public to believe erroneously that the goods of Defendants originate with Plaintiff or are being sold with the consent, authorization and/or approval of Plaintiff, by reason of which the reputation and goodwill of Plaintiff will be subject to the hazards and perils attendant upon the activities of Defendants, over which Plaintiff has no control.

## COUNT V

### FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND REPRESENTATION IN VIOLATION OF SECTION 43(A)

76.     Ontel realleges and incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

77.     Defendant's willful and intentional activities are likely to and do create confusion among the relevant public, the trade, and the public at large; are likely to and do deceive the

foregoing concerning the origin, sponsorship or approval of the goods sold by Defendants; will otherwise mislead purchasers as to the nature and origin of Defendants' goods; and, as a result, severely damage the image of Plaintiff as the source of its goods and as the exclusive owner of its SWIVEL SWEEPER, IRON GYM, SURE CLIP and TURBO SNAKE trademarks.

78.     By reason of the foregoing acts, Defendant has falsely designated the origin of its goods as that of Plaintiff and made false descriptions and representations as to the goods, the ownership of the trademark rights, and the very nature and sponsorship of the goods in violation of Section 43(a) of the U.S. Trademark Act, as amended, 15 U.S.C. Sec. 1125(a).

### COUNT VI
### COMMON LAW UNFAIR COMPETITION

79.     Ontel realleges and incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

80.     Defendant by reason of the foregoing acts has willfully and intentionally traded upon and appropriated to itself the reputation and valuable goodwill of Plaintiff and acted to create likelihood of confusion and mistake on the part of the purchasing public and the trade as to the source or sponsorship of Defendants' goods.  Defendant's acts are likely to lead the public mistakenly to believe that Defendants' goods are in some way sponsored by, or associated with Plaintiff and create the impression that Defendants' goods are distributed under Plaintiff's aegis and authority.   Defendants' activities constitute unfair competition, unprivileged imitation and a misappropriation and infringement of Plaintiff's rights, all to Plaintiff's injury and detriment. Defendants have engaged in the above conduct willfully, maliciously, and/or in reckless disregard of Plaintiff's rights.

81.     The aforesaid acts of Defendants constitute infringement, misappropriation and misuse of Plaintiff's trademark, false advertising, passing off and unfair competition with Plaintiff in

1  violation of the common law of the State of California.

### RELIEF REQUESTED

WHEREFORE, Ontel respectfully requests the Court to enter a judgment:

A.     That Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, be preliminarily and permanently enjoined from doing or authorizing directly or indirectly, any of the following activities:

a.     Marketing, duplicating, distributing, selling, exchanging, any unauthorized copies of Ontel' Copyrighted Works;

b.     from in any manner infringing or contributing or participating in the infringement by others in Ontel's copyrighted work, and from acting in concert with, aiding or abetting others to infringe Ontel' copyright in any way;

B.     Defendants and each of them, their officers, attorneys, agents, employees and representatives and all persons in privity with them deliver up to this Court for destruction all goods, name plates, labels, signs, prints, packages, boxes, wrappers, advertisements and the like in their possession or control bearing the imitations of the trademarks of Ontel, and all plates, molds, matrices, and other means of making the same in their possession, custody and control.

C.     That Defendants be required to deliver upon oath, to be impounded, all infringing copies of Ontel' copyrighted works, and any masters used to create such infringing works; and that an order of impoundment and/or seizure in respect of the foregoing be issued out of this Court in the manner provided by the Copyright Act and by the United States Supreme Court Copyright Practice Rules (1909);. and that at the conclusion of this action, the Court shall order all such materials so held to be surrendered to Ontel or to be destroyed under a Writ of Destruction issued under 17

14

1  U.S.C. § 503, whichever shall seem to this Court to be most just and proper;

2  D.  That Defendants be required to account for and pay over to Ontel either (i) the actual

3  damages suffered by Ontel as a result of the infringement of its copyrights, and any profits by

4  Defendants that are not taken into account in computing actual damages or, (ii) statutory damages of

5  $30,000 for each copyright for all infringement with respect to that copyright, at Ontel' election. If

6  Ontel elects statutory damages, and the Court finds that any infringement was committed Ontel

7  prays for damages up to $150,000 for each copyright for all willful infringement;

9  E.  Defendants and each of them be ordered to pay to Ontel the damages Ontel has

10 suffered and will suffer by reason of their illegal conduct complained of herein, in an amount to be

11 determined at trial, and that such damages be trebled pursuant to 15 U.S.C. §1117.

12 F.  Defendants and each of them be ordered to account for and pay over to Ontel all

13 gains, profits and advantages derived from the activities herein complained of.

15 G.  That Defendants be ordered to pay Ontel its costs of suit incurred herein and

16 attorney's fees pursuant to 17 U.S.C. §505 among other statutes; and

17 H.  Awarding Ontel other and further relief as this Court deems just and proper.

19  Respectfully submitted,

20  **MOUNT & STOELKER, PC**
    Attorneys for Plaintiff

22 Dated: 1/27/10  By: _____
    Daniel H. Fingerman, Esq.

# EXHIBIT 1



**Retail Box Top**



**Retail Box Front**



**Retail Box Left Side**



**Retail Box Back**



**Retail Box Right Side**



**Retail Box Bottom**



**Instruction Guide Front Cover**

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-640-051

**Effective date of registration:**

September 10, 2008

## Title

**Title of Work:** Iron Gym Packaging

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 31, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Ontel Products Corporation

**Author Created:** photograph(s), text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ontel Products Corporation

21 Law Drive, Fairfield, NJ, 07004, United States

## Certification

**Name:** jason m. drangel

**Date:** September 10, 2008

# EXHIBIT 3





# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# VA 1-678-155

**Effective date of
registration:**
July 14, 2009

## Title

**Title of Work:** Turbo Snake Packaging and Instructions

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 25, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** Ontel Products Corporation

**Author Created:** photograph(s), text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ontel Products Corporation

21 Law Drive, Fairfield, NJ, 07004, United States

## Certification

**Name:** Jason M. Drangel

**Date:** July 14, 2009

**Applicant's Tracking Number:** 1432-174

# EXHIBIT 5



# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-325-528

EFFECTIVE DATE OF REGISTRATION

**JUL 1 2 2005**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
Cordless Swivel Sweeper Box

**NATURE OF THIS WORK ▼** See Instructions
Packaging

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**
Adcomm Advertising

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
NA    NA

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   USA
Domiciled in   USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work
✓ Compilation

**b**

**Name of Author ▼**
Ontel Products Corporation

**Dates of Birth and Death**
Year Born ▼    Year Died ▼
NA    NA

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   USA
Domiciled in   USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☑ Text
☐ Architectural work
Compilation

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2004   Year   This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January Day 19 Year 2005
USA Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Ontel Products Corporation
21 Law Drive, Fairfield, NJ 07004

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment by written agreement

APPLICATION RECEIVED
JUL 1 2 2005
ONE DEPOSIT RECEIVED
JUL 1 2 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

NA

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Artwork, photos, text and compilation thereof

**6**

a   See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

NA          NA

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joe Shull c/o VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004

Area code and daytime telephone number  ( 202 ) 344-4821          Fax number  ( 202 ) 344-8300

Email  jkaufman@venable.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Ontel Products Corporation**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joe Shull Esq.          Date  7/12/05

Handwritten signature (X) ▼

X  Joe Shull

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Joe Shull c/o Venable LLP | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 575 7th Street, N.W. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Washington, D.C. 20004 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form _VA_/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-326-528



| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| (Month) | (Day) | (Year) |

**CONTINUATION SHEET RECEIVED**
JUL 12 2005

Page **3** of **4** pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Cordless Swivel Sweeper Box

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Ontel Products Corporation, 21 Law Drive, Fairfield, NJ 07004

---

## B — Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| John Benetos | Year Born▼      Year Died▼      NA |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
| --- | --- | --- |
| ☐ Yes | OR { Citizen of ▶USA | Anonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions. |
| ☒ No | Domiciled in ▶USA | Pseudonymous? ☐ Yes ☒ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
2 Dimensional artwork, photographs, text, compilation

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| Mark Loader | Year Born▼      Year Died▼      NA |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
| --- | --- | --- |
| ☐ Yes | OR { Citizen of ▶USA | Anonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions. |
| ☒ No | Domiciled in ▶USA | Pseudonymous? ☐ Yes ☒ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Photographs

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼      Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
| --- | --- | --- |
| ☐ Yes | OR { Citizen of ▶ | Anonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF (Check which):**   ☐ Space 1    ☐ Space 4    ☐ Space 6

# C
**Continuation
of other
Spaces**

---

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼

Joe Shall c/o VENABLE LLP

Number/Street/Apt ▼

575 7th Street, N.W.

City/State/ZIP ▼

Washington, D.C. 20004

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# D

Fees are subject
to change.
For current fees,
check the Copyright
Office website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

September 2003 — 50,000   Web Rev. September 2003   ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034

# EXHIBIT 7



3.891"

insert - 1

5.52"

5.638"

insert - 2

2.63"

Front

Back

Sure Clip

5.800"

3.470"

24/07/2009
Sure clip Card
CMYK

# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
## VA 1-681-532

**Effective date of
registration:**
August 10, 2009

---

Title

    **Title of Work:** Sure Clip Packaging

Completion/ Publication

    **Year of Completion:** 2009

    **Date of 1st Publication:** August 3, 2009      **Nation of 1st Publication:** United States

Author

    ■     **Author:** Ontel Products Corporation

    **Author Created:** photograph(s), text

    **Work made for hire:** Yes

    **Domiciled in:** United States

Copyright claimant

    **Copyright Claimant:** Ontel Products Corporation

    21 Law Drive, Fairfield, NJ, 07004, United States

Certification

    **Name:** Jason M. Drangel

    **Date:** August 10, 2009

    **Applicant's Tracking Number:** 1432-178

# EXHIBIT 9

Home > **Wholesale Iron Gym**

**Refine your Search**

**Categories**

Sports & Outdoors (33)
Health & Beauty (22)
Home & Garden (4)

**Price**

$ ____ to $ ____ [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

**Related Keywords**

iron set
iron man
flat iron
curling iron
straightening iron
ceramic flat iron
gym shoes
gym armband
iron set golf
hair iron

**Free Shipping on all Wholesale Golf Clubs!**
Buy Now>>

**Gear Up for the NFL Season**
3-day arrival guarant



All Items    Only Factory Items

**59** wholesale items found for iron gym .

View:    List    Grid    Gallery

Holiday Gift Ideas

Sort by: Best match

### Iron GYM--GetStrong--Get Ripped Quick! As Seen On TV
Iron GYM- - GetStrong- - Get Ripped Quick! As Seen On TV
**Free Shipping**
Processing time    : 4 days
Wholesaler: cyclone
Enlarge

Itemcode: 67219541
$ 67.77~78.11 / Piece

### 12pcs As Seen On TV Iron GYM--GetStrong--Get Ripped Quick!
Iron GYM
**Free Shipping**
Processing time    : 3 days
Wholesaler: bond001
Enlarge

Itemcode: 54740363
$ 29.61~29.99 / Piece
$ 355.3~359.88/ Lot
12 Pieces/ Lot

### 5pcs As Seen On TV Iron GYM--GetStrong--Get Ripped Quick!
Iron GYM
**Free Shipping**
Processing time    : 5 days
Wholesaler: jesus
Enlarge

Itemcode: 55115270
$ 27.80~31.68 / Piece
$ 139.23~158.4/ Lot
5 Pieces/ Lot

### Free Free Sea Transportation 50pcs Iron GYM With AB STRAPS +DVD As
Free Free Sea Transportation 50pcs Iron GYM With AB STRAPS + DVD As Seen On TV
**Free Shipping**
Processing time    : 3 days
Wholesaler: jxianghaoyun888
Enlarge

Itemcode: 68211248
$ 15.94~17.04 / Piece
$ 797.18~852.1/ Lot
50 Pieces/ Lot

### IRON GYM to USA Canada only iron gym IRON GYMS As Seen On TV alisky
IRON GYM to USA Canada only iron gym IRON GYMS As Seen On TV alisky
**Free Shipping**
Processing time    : 3 days
Wholesaler: alisky
Enlarge

Itemcode: 64107857
$ 35.17~57.9 / Piece

### Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV 12pcs lot
Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV(2kg)
**Free Shipping**
Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69243864
$ 70.33~74.73 / Piece
$ 421.96~448.35/ Lot
6 Pieces/ Lot

### 20pcs Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV
20pcs Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV
**Free Shipping**
Processing time    : 5 days
Wholesaler: lchanne
Enlarge

Itemcode: 62522872
$ 24.82~25.6 / Piece
$ 496.37~512.05/ Lot
20 Pieces/ Lot

### IRON GYM to USA Canada only iron gym IRON GYMS As Seen On TV To
IRON GYM IRON GYM IRON GYM to USA Canada only iron gym IRON GYMS As Seen On TV To Ship. . .
**Free Shipping**

Itemcode: 64515110
$ 19.17 / Piece
$ 191.7/ Lot

**Search** iron gym                          All categories                    Advanced Search

**Payment**                **Shipment**                      **Dispute**                    **Customer Service**
Escrow                     Shipping Methods                  Dispute Process                Help
Payment Methods            Shipping Cost Calculation         Escalated Disputes             Contact Customer Service
Payment Confirmation       Order Tracking
                           Customs

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

AMEX  VISA  ███  DISC  🌀中国支付 PayBase  **PayPal**  ✓ VeriSign

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Iron Gym**

Case 4:10-cv-00898-JH  Document 1   Filed 01/27/10  Page 40 of 114



**Refine your Search**

**Categories**

Sports & Outdoors (33)
Health & Beauty (22)
Home & Garden (4)

**Price**

$ [    ] to $ [    ] [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

**Related Keywords**

iron set
iron man
flat iron
curling iron
straightening iron
ceramic flat iron
gym shoes
gym armband
iron set golf
hair iron

All Items     Only Factory Items

**59** wholesale items found for iron gym .

View:     List     Grid     Gallery

Sort by: [ Best match ]

Holiday Gift Ideas

---

**"One Day Dispatch" 20pcs Iron Gym+AB STRAPS**
"One Day Dispatch" 20pcs Iron Gym+ AB STRAPS

Free Shipping

Processing time    : 1 days
Wholesaler: bond001
Enlarge

Itemcode: 64777829
**$ 25.5 / Piece**
$ 509.96/ Lot
20 Pieces/ Lot

---

**12pcs As Seen On TV Iron GYM--GetStrong--Get Ripped Quick!**
Iron GYM

Free Shipping

Processing time    : 5 days
Wholesaler: jesus
Enlarge

Itemcode: 54619792
**$ 30.81~33.8 / Piece**
$ 369.76~405.55/ Lot
12 Pieces/ Lot

---

**50pcs As Seen On TV Iron GYM--GetStrong--Get Ripped Quick!**
Iron GYM

Free Shipping

Processing time    : 5 days
Wholesaler: jesus
Enlarge

Itemcode: 53963290
**$ 23.96~24.66 / Piece**
$ 1197.75~1233.75/ Lot
50 Pieces/ Lot

---

**"One Day Dispatch" 20pcs Iron Gym+AB STRAPS**
Iron Gym Pull Up Bar Features: Three grip positions, narrow, wide, and neutral Turns any
doorway. . .

Free Shipping

Processing time    : 1 days
Wholesaler: jesus
Enlarge

Itemcode: 58552239
**$ 24.91~25.49 / Piece**
$ 498.25~509.88/ Lot
20 Pieces/ Lot

---



**Free Free Sea Transportation 10pcs Iron GYM With AB STRAPS +DVD As**
Free Free Sea Transportation 10pcs Iron GYM With AB STRAPS + DVD As Seen On TV

Free Shipping

Processing time    : 3 days
Wholesaler: jixianghaoyun888
Enlarge

Itemcode: 68211216
**$ 14.97~16.17 / Piece**
$ 149.73~161.71/ Lot
10 Pieces/ Lot

---

**Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV 6pcs lot**
Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV(2kg)

Free Shipping

Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69243758
**$ 35.46~39.35 / Piece**
$ 212.73~236.1/ Lot
6 Pieces/ Lot

---

**Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV 2pcs lot**
Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV(2kg)

Free Shipping

Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69243736
**$ 43.31~54.15 / Piece**
$ 86.62~108.3/ Lot
2 Pieces/ Lot

---

**Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV 5pcs lot**
Iron GYM - Get Strong - Get Ripped Quick! As Seen On TV(2800g)

Itemcode: 66991427
**$ 8.4~9.12 / Piece**
$ 42.02~45.6/ Lot

---


**Free Shipping**
on all Wholesale
**Golf Clubs!**
**Buy Now>>**


Gear Up for th
NFL Season
3-day arrival guarant

Search iron gym        All categories        Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX    VISA    PayPal

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Iron Gym**

**Refine your Search**

**Categories**

Sports & Outdoors (33)

Health & Beauty (22)

Home & Garden (4)

**Price**

$ ___ to $ ___ [Go]

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

**Related Keywords**

iron set

iron man

flat iron

curling iron

straightening iron

ceramic flat iron

gym shoes

gym armband

iron set golf

hair iron





**All Items**    Only Factory items

**59** wholesale items found for iron gym .

View:    List    Grid    Gallery    Sort by: Best match

Holiday Gift Ideas

---

**100 Pairs AB STRAPS FOR USE W IRON GYM PULL UP BAR IRONGYM**

100 Pairs AB STRAPS FOR USE W IRON GYM PULL UP BAR IRONGYM STRAP

Free Shipping

Processing time    : 5 days

Wholesaler: dhgate_factory

Enlarge

Itemcode: 64556876

$ 2.93~3.14 / Piece

$ 292.6~313.5/ Lot

100 Pieces/ Lot

---

**NEW IRON GYM TOTAL UPPER BODY WORKOUT FREE SHIPPIPNG US &**

Iron Gym Total Upper Body Workout Bar Black NEW

Free Shipping

Processing time    : 40 days

Wholesaler: szraline

Enlarge

Itemcode: 64016517

$ 16.43~17.96 / Piece

$ 246.5~269.4/ Lot

15 Pieces/ Lot

---

**Iron Gym Total Upper Body Workout Bar Black FREE SHIPPIPNG US &**

Iron Gym Total Upper Body Workout Bar Black NEW

Free Shipping

Processing time    : 40 days

Wholesaler: szraline

Enlarge

Itemcode: 64016207

$ 16.44~17.56 / Piece

$ 493.25~526.48/ Lot

30 Pieces/ Lot

---

Wholesale quot One Day Dispatch quot Pairs AB STRAPS FOR USE W IRON GYM PULL UP BAR IRONGYM STRAP

**"One Day Dispatch" 100 Pairs AB STRAPS FOR USE W IRON GYM PULL UP**

CAN USE WITH OTHER WORKOUT BARS! INSTRUCTIONS INLCUDED!

Free Shipping

Processing time    : 1 days

Wholesaler: bond001

Enlarge

Itemcode: 63413164

$ 2.89~3.03 / Piece

$ 288.5~302.7/ Lot

100 Pieces/ Lot

---

**10pcs As Seen On TV Iron GYM Only To Ca,USA,AU By Sea**

Iron GYM

Free Shipping

Processing time    : 40 days

Wholesaler: jesus

Enlarge

Itemcode: 58278166

$ 17.30~18.06 / Piece

$ 172.93~180.6/ Lot

10 Pieces/ Lot

---

**NEW Iron Gym Pull Up Bar with strap As Seen On TV,4 pcs lot**

Iron Gym Pull Up Bar Features: Three grip positions, narrow, wide, and neutral Turns any doorway int...

Free Shipping

Processing time    : 3 days

Wholesaler: made

Enlarge

Itemcode: 64588550

$ 40.47~43.21 / Piece

$ 161.88~172.83/ Lot

4 Pieces/ Lot

---



**Iron Gym Pull Up Bar Irongym Chin Up Bar As Seen On TV 12pcs**

( to Asia, Australia) Iron Gym attaches and removes from the door frame in seconds! No tools needed....

Processing time    : 3 days

Wholesaler: june0650

Enlarge

Itemcode: 67232008

$ 29.71~31.57 / Piece

$ 356.47~378.8/ Lot

12 Pieces/ Lot

---



**12pcs Iron Gym Pull Up Bar Irongym Chin Up Bar As Seen On TV**

(to Europe, the United States, Canada) Iron Gym attaches and removes from the door frame in seconds!...

Free Shipping

Itemcode: 87231907

$ 31.46~33.36 / Piece

$ 377.5~400.2/ Lot

**Search** iron gym | All categories | **Advanced Search**

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates



Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

# EXHIBIT 10

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [____] to $ [____]  [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items    Only Factory Items

**254** wholesale items found for swivel sweeper.    Holiday Gift Ideas

View:    List    Grid    Gallery    Sort by: [Best match]

---



### "One Day Dispatch" 12pcs lot Swivel Sweeper G2 TOUCHLESS USA,AU,UK

12pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 1 days
Wholesaler: jesus
    Enlarge

Itemcode: 63822587

**$ 19.67~20.6 / Piece**
$ 236.0~247.2/ Lot
12 Pieces/ Lot

---

### Free dhl Shipping 48pcs Swivel Sweeper G2 Cordless Sweeper SWIVEL Day

Swivel Sweeper G2 Cordless Sweeper SWIVEL

**Free Shipping**

Processing time    : 2 days
Wholesaler: szraline
    Enlarge

Itemcode: 67700220

**$ 19.09~20.07 / Piece**
$ 916.28~963.4/ Lot
48 Pieces/ Lot

---

### Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As

Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 3 days
Wholesaler: welldone-tech
    Enlarge

Itemcode: 66363119

**$ 26.73~29.34 / Piece**
$ 320.7~352.05/ Lot
12 Pieces/ Lot

---



### wholesale-1piece Swivel Sweeper G2 red TOUCHLESS AND CORDLESS

SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: esoftbiz
    Enlarge

Itemcode: 65976395

**$ 45.15~68.4 / Piece**

---

### Wholesale - - 1pcs 360 Degree Powerful and Cordless Swivel Sweeper as

Degree Powerful and Cordless Swivel Sweeper as seen on tv

**Free Shipping**

Processing time    : 2 days
Wholesaler: sjfcfhtd

Itemcode: 66707307

**$ 33.94~44.46 / Piece**

---

### 48pcs Free dhl Shipping Swivel Sweeper G2 Cordless Sweeper

48pcs Free dhl Shipping Swivel Sweeper G2 Cordless Sweeper SWIVEL1- day dispatch Swivel Sweeper G2

**Free Shipping**

Processing time    : 2 days
Wholesaler: pingping161
    Enlarge

Itemcode: 68230936

**$ 19.17~20.07 / Piece**
$ 920.18~963.4/ Lot
48 Pieces/ Lot

---



### Army 12pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED

Army 12pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: army
    Enlarge

Itemcode: 64639097

**$ 23.52~25.04 / Piece**
$ 282.2~300.48/ Lot
12 Pieces/ Lot

---



### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB

The Swivel Sweeper is BACK with a new and improved version, the G2! The new Swivel Sweeper G2 has a ...

**Free Shipping**

Itemcode: 69785147

**$ 21.65~22.63 / Piece**
$ 519.5~547.86/ Lot

---

**Search** swivel sweeper | All categories | **Go** Advanced Search

**Payment**

Escrow

Payment Methods

Payment Confirmation

**Shipment**

Shipping Methods

Shipping Cost Calculation

Order Tracking

Customs

**Dispute**

Dispute Process

Escalated Disputes

**Customer Service**

Help

Contact Customer Service

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

  

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [____] to $ [____]  [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip Items
Stock in US/AU
Rock-bottom Specials

**All Items**    Only Factory Items

**254** wholesale items found for swivel sweeper.    Holiday Gift Ideas

View:    List    Grid    Gallery    Sort by: [ Best match ]

---

### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB

100pcs SWIVEL SWEEPER G2 (WT- 810) UPGRADED CORDLESS VACUUM G2 NIB WITH 700 MAH B. . .

Free Shipping
Processing time     : 5 days
Wholesaler: flydream
Enlarge

Itemcode: 67229148
$ 28.96~28.96 / Piece
$ 2895.7~2897.79/ Lot
100 Pieces/ Lot

---

### 36pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED

Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

Free Shipping
Processing time     : 2 days
Wholesaler: chris-store
Enlarge

Itemcode: 67888697
$ 26.01~27.03 / Piece
$ 936.32~972.9/ Lot
36 Pieces/ Lot

---

### "One Day Dispatch" 24pcs lot Swivel Sweeper G2 TOUCHLESS AND

24pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

Free Shipping
Processing time     : 1 days
Wholesaler: bond001
Enlarge

Itemcode: 64598783
$ 20.7 / Piece
$ 496.79/ Lot
24 Pieces/ Lot

---

### 12pcs As seen on TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS

we have many other models , if you are interested in them , pls feel free to let me know.

Free Shipping
Processing time     : 5 days
Wholesaler: sunning
Enlarge

Itemcode: 69193347
$ 30.7~36.92 / Piece
$ 368.4~443.0/ Lot
12 Pieces/ Lot

---

### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB

SWIVEL SWEEPER G2 (WT- 810) UPGRADED CORDLESS VACUUM G2 NIB BRAND NEW 100pcs lot

Free Shipping
Processing time     : 7 days
Wholesaler: girls
Enlarge

Itemcode: 67227860
$ 28.96~28.96 / Piece
$ 2895.7~2897.79/ Lot
100 Pieces/ Lot

---

### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB

100PCS SWIVEL SWEEPER G2 (WT- 810) UPGRADED CORDLESS VACUUM G2 NIB WITH 700 MAH BATTER. . .

Free Shipping
Processing time     : 5 days
Wholesaler: attire
Enlarge

Itemcode: 67228042
$ 31.59~32.02 / Piece
$ 3159.23~3201.7/ Lot
100 Pieces/ Lot

---

### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB

NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB

Processing time     : 5 days
Wholesaler: dhtycoon
Enlarge

Itemcode: 66367677
$ 14.38 / Piece

---

### 50pcs lots Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED

50pcs lots Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

Free Shipping

Itemcode: 67656779
$ 20.69~31.63 / Piece
$ 1034.55~1081.5/ Lot

**Search** swivel sweeper                          All categories          Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

    

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

.

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [ ] to $ [ ]  [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items    Only Factory items

**254** wholesale items found for swivel sweeper.

Holiday Gift Ideas

View:   List   Grid   Gallery    Sort by: Best match

---

### 24pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED



Drop shipping 24pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on. . .

**Free Shipping**

Processing time    : 7 days
Wholesaler: authentic-boywatches
Enlarge

Itemcode: 69204395
**$ 21.77~22.04 / Piece**
$ 522.5~548.1/ Lot
24 Pieces/ Lot

---

### 12pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED

Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: shenzhen2008
Enlarge

Itemcode: 64402937
**$ 26.94~28.61 / Piece**
$ 323.31~343.35/ Lot
12 Pieces/ Lot

---

### 5 pcs Swivel Sweeper The Best Most Convenient Cordless Sweeper Ever

pcs Swivel Sweeper The Best Most Convenient Cordless Sweeper Ever As Seen on TV!

**Free Shipping**

Processing time    : 3 days
Wholesaler: bestservice01
Enlarge

Itemcode: 62456624
**$ 26.29~31.01 / Piece**
$ 131.44~155.07/ Lot
5 Pieces/ Lot

---

### 3pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED



3pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 64613811
**$ 30.4 / Piece**
$ 91.2/ Lot
3 Pieces/ Lot

---

### Swivel Sweeper G2 Cordless Sweeper SWIVEL Day 1-day dispatch 24

Swivel Sweeper G2 Cordless Sweeper SWIVEL Day 1- day dispatch 24 hours!!!

**Free Shipping**

Processing time    : 3 days
Wholesaler: idea
Enlarge

Itemcode: 69164540
**$ 25.7~29.16 / Piece**
$ 257.0~291.6/ Lot
10 Pieces/ Lot

---

### Swivel Sweeper G2 red TOUCHLESS AND CORDLESS ENHANCED MODEL

Swivel Sweeper G2 red TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 3 days
Wholesaler: sz_it_shop
Enlarge

Itemcode: 68924577
**$ 29.17~29.61 / Piece**
$ 350.08~355.3/ Lot
12 Pieces/ Lot

---

### 24pcs 360 Degree Powerful and Cordless Swivel Sweeper as seen on tv



Wholesale 3pcs 360 Degree Powerful and Cordless Swivel Sweeper as seen on tv

**Free Shipping**

Processing time    : 3 days
Wholesaler: bestforyou
Enlarge

Itemcode: 62338850
**$ 26.14~27.34 / Piece**
$ 627.36~656.25/ Lot
24 Pieces/ Lot

---



Wholesale 12pcs
SWIVEL
SWEEPER G2
UPGRADED
CORDLESS

### 12pcs SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB As

The Swivel Sweeper is BACK with a new and improved version, the G2! The new Swivel Sweeper G2 has a ...

Itemcode: 64772626
**$ 22.19~36.23 / Piece**
$ 266.25~302.7/ Lot

---

**Search** swivel sweeper | All categories |  Advanced Search

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

    PayPal

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [ ] to $ [ ] [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items    Only Factory items

**254** wholesale items found for swivel sweeper.

Holiday Gift Ideas

View:    List    Grid    Gallery                          Sort by: Best match [ ]

---



### 1pcs 360 Degree Powerful and Cordless Swivel Sweeper as seen on tv
Degree Powerful and Cordless Swivel Sweeper as seen on tv

**Free Shipping**

Processing time    : 3 days
Wholesaler: ugg-boots-factory
Enlarge

Itemcode: 65804876
**$ 26.13~36.67 / Piece**

---



### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!

**Free Shipping**

Processing time    : 5 days
Wholesaler: ywjinstar
Enlarge

Itemcode: 64866669
**$ 22.45 / Piece**
$ 269.4/ Lot
12 Pieces/ Lot

---

### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 12pcs lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: alina
Enlarge

Itemcode: 64050643
**$ 12.9~36.03 / Piece**
$ 154.75~432.3/ Lot
12 Pieces/ Lot

---



### 12pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
12pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: shanghai2010
Enlarge

Itemcode: 64678381
**$ 23.34~24.86 / Piece**
$ 280.1~298.26/ Lot
12 Pieces/ Lot

---

### Wholesale -12pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS
12pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As Seen On TV

**Free Shipping**

Processing time    : 3 days
Wholesaler: efit
Enlarge

Itemcode: 69474879
**$ 22.29~23.01 / Piece**
$ 267.5~276.06/ Lot
12 Pieces/ Lot

---



### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 5pcs lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: bestonline
Enlarge

Itemcode: 64496039
**$ 16.9~33.9 / Piece**
$ 83.98~169.5/ Lot
5 Pieces/ Lot

---



### 5pcs SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL

**Free Shipping**

Processing time    : 5 days
Wholesaler: ichanne
Enlarge

Itemcode: 65891052
**$ 25.08~31.35 / Piece**
$ 125.4~156.75/ Lot
5 Pieces/ Lot

---

### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB
60pcs SWIVEL SWEEPER G2 (WT- 810) UPGRADED CORDLESS VACUUM G2 NIB WITH 700 MAH BATTE. . .

**Free Shipping**

Itemcode: 67229438
**$ 28.9~29.11 / Piece**
$ 1733.99~1746.68/ Lot

---

**Search** swivel sweeper | All categories | Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

 

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

1/21/2010 2:59 PM

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ ___ to $ ___ [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items    Only Factory Items

**254** wholesale items found for swivel sweeper.    Holiday Gift Ideas

View:   List    Grid    Gallery    Sort by: Best match

### Wholesale - - 10pcs 360 Degree Powerful and Cordless Swivel Sweeper as
Degree Powerful and Cordless Swivel Sweeper as seen on tv
Free Shipping
Processing time : 2 days
Wholesaler: ajfcfhtd
Enlarge
Itemcode: 66707182
$ 34.83~27.27 / Piece
$ 248.34~272.73/ Lot
10 Pieces/ Lot

### Wholesale - - 5pcs 360 Degree Powerful and Cordless Swivel Sweeper as
Degree Powerful and Cordless Swivel Sweeper as seen on tv
Free Shipping
Processing time : 2 days
Wholesaler: ajfcfhtd
Enlarge
Itemcode: 66706920
$ 27.68~30.79 / Piece
$ 138.38~153.96/ Lot
5 Pieces/ Lot

### 12pcs lot NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2
12pcs lot NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!! Free Ship
Free Shipping
Processing time : 5 days
Wholesaler: pingping161
Enlarge
Itemcode: 68441269
$ 34.72~26.15 / Piece
$ 296.68~313.8/ Lot
12 Pieces/ Lot

### As seen on TV Swivel Sweeper G2 48PCS TOUCHLESS AND CORDLESS
As seen on TV Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL
Free Shipping
Processing time : 3 days
Wholesaler: pingping161
Enlarge
Itemcode: 68810110
$ 20.10~21.06 / Piece
$ 987.9~1011.1/ Lot
48 Pieces/ Lot

### As seen on TV 12pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS
As seen on TV 12pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL
Free Shipping
Processing time : 3 days
Wholesaler: pingping161
Enlarge
Itemcode: 68809810
$ 22.81~24.3 / Piece
$ 273.73~291.6/ Lot
12 Pieces/ Lot

### wholesale-24pcs lot Swivel Sweeper G2 red TOUCHLESS AND CORDLESS
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV
Free Shipping
Processing time : 4 days
Wholesaler: esoftbiz
Enlarge
Itemcode: 65977074
$ 27.75~28.88 / Piece
$ 666.09~693.0/ Lot
24 Pieces/ Lot

### 24pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
24pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV Army
Free Shipping
Processing time : 5 days
Wholesaler: army
Enlarge
Itemcode: 64639507
$ 21.90~22.95 / Piece
$ 527.72~550.71/ Lot
24 Pieces/ Lot

### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB
The Swivel Sweeper is BACK with a new and improved version, the G2! The new Swivel Sweeper G2 has a ...
Free Shipping
Itemcode: 69784982
$ 20.90~22.91 / Piece
$ 251.75~274.95/ Lot



**Search** swivel sweeper

| | | | |
|---|---|---|---|
| **Search** swivel sweeper | | All categories | Advanced Search |

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX VISA ▪ ▪ 🛡🛒 **PayPal** ✓

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home_ > **Wholesale Swivel Sweeper**

1/21/2010 3:00 PM

## Refine your Search

**Categories**

Home & Garden (254)

**Price**

$ [        ] to $ [        ]  [Go]

## Preferences

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

---

**All Items**    Only Factory Items

**254** wholesale items found for swivel sweeper .

View:    List    Grid    Gallery

Holiday Gift Ideas

Sort by: [ Best match ]

---



### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB

60pcs SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB WITH 700 MAH BA. . .

**Free Shipping**

Processing time    : 5 days
Wholesaler: flydream
Enlarge

Itemcode: 67229162
**$ 28.94~28.97 / Piece**
$ 1736.27~1738.36/ Lot
60 Pieces/ Lot

---



### wholesale-8pcs lot Swivel Sweeper G2 red TOUCHLESS AND CORDLESS

SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: esoftbiz
Enlarge

Itemcode: 65975669
**$ 28.05~29.93 / Piece**
$ 224.43~239.4/ Lot
8 Pieces/ Lot

---



### 10pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED

SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: esoftbiz
Enlarge

Itemcode: 68837715
**$ 25.31~27.95 / Piece**
$ 253.11~279.45/ Lot
10 Pieces/ Lot

---



### 5pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED

SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: esoftbiz
Enlarge

Itemcode: 68837872
**$ 27.05~32.03 / Piece**
$ 135.23~160.15/ Lot
5 Pieces/ Lot

---



### SWIVEL SWEEPER G2 Free EMS Shipping 6PCS

Swivel Sweeper G2 6pcs lot The Best Convenient Cordless Sweeper As seen on TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: szraline
Enlarge

Itemcode: 65802240
**$ 25.48 / Piece**
$ 152.85/ Lot
6 Pieces/ Lot

---



### Swivel Sweeper G2 12pcs lot The Best Convenient Cordless Sweeper As

Swivel Sweeper G2 12pcs lot The Best Convenient Cordless Sweeper As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: szraline
Enlarge

Itemcode: 65801391
**$ 21.5~22.45 / Piece**
$ 258.0~269.4/ Lot
12 Pieces/ Lot

---

### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!

Swivel Sweeper G2 12pcs lot The Best Convenient Cordless Sweeper As seen on TV

**Free Shipping**

Processing time    : 2 days
Wholesaler: szraline
Enlarge

Itemcode: 65801990
**$ 20.54~22.03 / Piece**
$ 493.0~528.6/ Lot
24 Pieces/ Lot

---

Wholesale 12pcs
G2 Cordless
Swivel Sweeper As
Seen On Floor

### 12pcs G2 Cordless Swivel Sweeper As Seen On TV Floor Vacuum

SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!! SWIVEL SWEEPER G2

**Free Shipping**

Itemcode: 64013310
**$ 24.04~25.69 / Piece**
$ 288.5~308.25/ Lot

---

**Search** swivel sweeper | All categories |  Advanced Search

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

   

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**All Items**    Only Factory Items

**254** wholesale items found for swivel sweeper.

Holiday Gift Ideas

**Price**

$ ___ to $ ___  [Go]

View:    List    Grid    Gallery

Sort by: [Best match]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials



### NEW SWIVEL SWEEPER G2 WITH MINI SWEEP 12pcs
SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIBII SWIVEL SWEEPER G2

**Free Shipping**

Processing time    : 7 days
Wholesaler: szraline
  Enlarge

Itemcode: 64013234
$ 21.43~22.91 / Piece
$ 257.0~274.95/ Lot
12 Pieces/ Lot



### 24pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 2 days
Wholesaler: chris-store
  Enlarge

Itemcode: 67888223
$ 26.13~27.3 / Piece
$ 627.0~655.21/ Lot
24 Pieces/ Lot



### 12pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 2 days
Wholesaler: chris-store
  Enlarge

Itemcode: 67887878
$ 26.56~28.74 / Piece
$ 318.72~344.85/ Lot
12 Pieces/ Lot



### 15pcs As seen on TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS
15pcs As seen on TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS

**Free Shipping**

Processing time    : 2 days
Wholesaler: chris-store
  Enlarge

Itemcode: 65240867
$ 55.45~56.85 / Piece
$ 831.82~852.72/ Lot
15 Pieces/ Lot



### 24pcs As seen on TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS
we have many other models , if you are interested in them , pls feel free to let me know.

**Free Shipping**

Processing time    : 5 days
Wholesaler: sunning
  Enlarge

Itemcode: 69193251
$ 26.15~31.75 / Piece
$ 627.5~782.0/ Lot
24 Pieces/ Lot



### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB
SWIVEL SWEEPER G2 (WT- 810) UPGRADED CORDLESS VACUUM G2 NIB BRAND NEW 60pcs lot

**Free Shipping**

Processing time    : 7 days
Wholesaler: girls
  Enlarge

Itemcode: 87228245
$ 28.94~28.97 / Piece
$ 1736.27~1738.36/ Lot
60 Pieces/ Lot

### SWIVEL SWEEPER G2 (WT-810) UPGRADED CORDLESS VACUUM G2 NIB
60PCS SWIVEL SWEEPER G2 (WT- 810) UPGRADED CORDLESS VACUUM G2 NIB WITH 700 MAH BATTERY. . .

**Free Shipping**

Processing time    : 5 days
Wholesaler: attire
  Enlarge

Itemcode: 67228167
$ 31.72~32.03 / Piece
$ 1903.05~1921.5/ Lot
60 Pieces/ Lot

Wholesale 12pcs
SWIVEL
SWEEPER
TOUCHLESS AND
CORDLESS

### 12pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
12pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Itemcode: 62052221
$ 20.1~20.69 / Piece
$ 241.25~248.31/ Lot

**Search** swivel sweeper | All categories |  Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---------|----------|---------|------------------|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

   PayPal 

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [    ] to $ [    ]  [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items      Only Factory items

**254** wholesale items found for swivel sweeper .      Holiday Gift Ideas

View:    List      Grid      Gallery                    Sort by: [Best match]

### SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL

**Free Shipping**

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 65889865
**$ 22.90~31.36 / Piece**

### 5pcs SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL

**Free Shipping**

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 65890474
**$ 22.99~31.35 / Piece**
$ 114.95~156.75/ Lot
5 Pieces/ Lot

### 10pcs SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL

**Free Shipping**

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 65891331
**$ 25.08~31.35 / Piece**
$ 250.8~313.5/ Lot
10 Pieces/ Lot

### 6pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
6pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 64613713
**$ 25.25~26.13 / Piece**
$ 151.52~156.75/ Lot
6 Pieces/ Lot

### 24 pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 64485984
**$ 21.77~23.28 / Piece**
$ 522.5~559.07/ Lot
24 Pieces/ Lot

### 6pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED
6pcs lot Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

Free Shipping

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 64613573
**$ 30.1 / Piece**
$ 180.6/ Lot
6 Pieces/ Lot

### 12pcs lot Swivel Sweeper G2 TOUCHLESS USA,AU,UK EURO Plug
12pcs lot Swivel Sweeper G2 TOUCHLESS USA, AU, UK EURO Plug

**Free Shipping**

Processing time     : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 66051783
**$ 19.68~19.94 / Piece**
$ 236.17~239.3/ Lot
12 Pieces/ Lot

### Wholesale 5%OFF 12pcs Swivel Sweeper G2 TOUCHLESS AND CORDLESS
Wholesale Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV
**Free Shipping**

Itemcode: 64825437
**$ 24.37 / Piece**
$ 292.49/ Lot

**Search** swivel sweeper | All categories | Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX · · · · PayPal

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [ ] to $ [ ] [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items    Only Factory Items

**254** wholesale items found for swivel sweeper .

Holiday Gift Ideas

View:    List    Grid    Gallery                                                    Sort by:  Best match

---

**NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!! 1pc**
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 1pc lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: alina
Enlarge

Itemcode: 64051422
**$ 15.9~68.14 / Piece**

---

**NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!**
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 10pcs lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: alina
Enlarge

Itemcode: 64050892
**$ 15.48~54.79 / Piece**
$ 154.75~547.96/ Lot
10 Pieces/ Lot

---

**NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!**
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!! 10pcs lot from alina

**Free Shipping**

Processing time    : 2 days
Wholesaler: alina
Enlarge

Itemcode: 69285458
**$ 52.5 / Piece**
$ 525.0/ Lot
10 Pieces/ Lot

---

**alina:NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2**
alina: NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!! drop ship 1pcs

**Free Shipping**

Processing time    : 2 days
Wholesaler: alina
Enlarge

Itemcode: 69285749
**$ 68.32 / Piece**

---

**Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As**
Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: shanghai2010
Enlarge

Itemcode: 64678183
**$ 21.9~22.86 / Piece**
$ 525.64~548.63/ Lot
24 Pieces/ Lot

---

**NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!**
NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 6pcs lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: bestonline
Enlarge

Itemcode: 64498268
**$ 14.0~32.86 / Piece**
$ 83.98~197.25/ Lot
6 Pieces/ Lot

---

**20pcs SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED**
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL

**Free Shipping**

Processing time    : 5 days
Wholesaler: ichanne
Enlarge

Itemcode: 65891471
**$ 27.17~31.35 / Piece**
$ 543.4~627.0/ Lot
20 Pieces/ Lot

---

**SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL**
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL

**Free Shipping**

Itemcode: 65889875
**$ 22.90~31.35 / Piece**

---

**Search** swivel sweeper                    All categories                     Advanced Search

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

   

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Case 4:10-cv-00386-Y Document 1    Filed 01/27/10    Page 73 of 114

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [ ] to $ [ ] [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items    Only Factory items

**254** wholesale items found for swivel sweeper .

Holiday Gift Ideas

View:    List    Grid    Gallery    Sort by: [ Best match ]



### wholesale-10pcs lot Swivel Sweeper G2 red TOUCHLESS AND CORDLESS
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**
Processing time    : 4 days
Wholesaler: esoftbiz
Enlarge

Itemcode: 65975830
$ 27.54~29.4 / Piece
$ 275.43~294.0/ Lot
10 Pieces/ Lot



### SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**
Processing time    : 4 days
Wholesaler: esoftbiz
Enlarge

Itemcode: 61626382
$ 34.80~36.66 / Piece

### Swivel Sweeper G2 6pcs lot.Hot selling!
Swivel Sweeper G2 6pcs lot. Hot selling!

**Free Shipping**
Processing time    : 4 days
Wholesaler: issac
Enlarge

Itemcode: 64844722
$ 28.74~29.78 / Piece
$ 172.43~178.7/ Lot
6 Pieces/ Lot



### 10PCS SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**
Processing time    : 4 days
Wholesaler: issac
Enlarge

Itemcode: 69570064
$ 25.39~26.65 / Piece
$ 253.93~266.47/ Lot
10 Pieces/ Lot



### 5PCS SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

Processing time    : 4 days
Wholesaler: issac
Enlarge

Itemcode: 69570095
$ 23.62~25.29 / Piece
$ 118.09~126.45/ Lot
5 Pieces/ Lot

### 10pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**
Processing time    : 4 days
Wholesaler: issac
Enlarge

Itemcode: 68838418
$ 26.65~26.96 / Piece
$ 266.47~269.61/ Lot
10 Pieces/ Lot

### 5pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**
Processing time    : 4 days
Wholesaler: issac
Enlarge

Itemcode: 68835949
$ 27.17~30.3 / Piece
$ 135.85~151.52/ Lot
5 Pieces/ Lot





### 2pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Itemcode: 68836082
$ 31.56~37.85 / Piece
$ 63.12~75.7/ Lot

**Search** swivel sweeper | All categories |  Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

  

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home. > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [ ] to $ [ ]  [Go]

**Preferences**

- Free shipping
- Wholesale only
- New arrival
- Seller online
- 7 Days return
- 1-day dispatch
- Vip items
- Stock in US/AU
- Rock-bottom Specials

All Items    Only Factory items

**254** wholesale items found for swivel sweeper.    Holiday Gift Ideas

View:   List    Grid    Gallery    Sort by: Best match

---



### AS SEEN ON TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS
AS SEEN ON TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS ENHANCED MODEL
**Free Shipping**
Processing time    : 3 days
Wholesaler: gogocsz
Enlarge

Itemcode: 68068876
**$ 26.42~27.89 / Piece**
$ 950.95~972.9/ Lot
36 Pieces/ Lot

---



### AS SEEN ON TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS
AS SEEN ON TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS ENHANCED MODEL
**Free Shipping**
Processing time    : 3 days
Wholesaler: gogocsz
Enlarge

Itemcode: 68068698
**$ 26.34~27.3 / Piece**
$ 632.22~655.21/ Lot
24 Pieces/ Lot

---



### AS SEEN ON TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS
AS SEEN ON TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS ENHANCED MODEL
**Free Shipping**
Processing time    : 3 days
Wholesaler: gogocsz
Enlarge

Itemcode: 68068510
**$ 27.0~28.74 / Piece**
$ 323.95~344.85/ Lot
12 Pieces/ Lot

---



### As seen on TV SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS
As seen on TV 12pcs SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS ENHANCED
MODEL
**Free Shipping**
Processing time    : 4 days
Wholesaler: tvmania
Enlarge

Itemcode: 64399481
**$ 27.23~30.59 / Piece**
$ 326.8~367.03/ Lot
12 Pieces/ Lot

---



### 2pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV
**Free Shipping**
Processing time    : 3 days
Wholesaler: james
Enlarge

Itemcode: 68890145
**$ 31.56~37.85 / Piece**
$ 63.12~75.7/ Lot
2 Pieces/ Lot

---



### 5pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV
**Free Shipping**
Processing time    : 4 days
Wholesaler: james
Enlarge

Itemcode: 68889944
**$ 27.17~30.3 / Piece**
$ 135.85~151.52/ Lot
5 Pieces/ Lot

---



### 10pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV
**Free Shipping**
Processing time    : 4 days
Wholesaler: james
Enlarge

Itemcode: 68889926
**$ 26.13~27.67 / Piece**
$ 261.25~270.65/ Lot
10 Pieces/ Lot

---

### 6pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED
6pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on
TV
**Free Shipping**

Itemcode: 61814888
**$ 22.64~24.38 / Piece**
$ 135.85~146.3/ Lot

| Search | swivel sweeper | All categories | Advanced Search |

**Payment**

Escrow

Payment Methods

Payment Confirmation

**Shipment**

Shipping Methods

Shipping Cost Calculation

Order Tracking

Customs

**Dispute**

Dispute Process

Escalated Disputes

**Customer Service**

Help

Contact Customer Service

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX VISA ⬛ 🟦 PayPal ✓

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ [   ] to $ [   ]  Go

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All items    Only Factory items

**254** wholesale items found for swivel sweeper .

View:    List    Grid    Gallery

Sort by: [ Best match ]

Holiday Gift Ideas

---

### 10pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED

10pcs lot SWIVEL SWEEPER TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 4 days
Wholesaler: james
Enlarge

Itemcode: 60634860
$ 20.30~22.78 / Piece
$ 203.77~227.81/ Lot
10 Pieces/ Lot

---

### As seen on TV 12 pcs SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS

As seen on TV pcs SWIVEL SWEEPER G2 TOUCHLESS AND CORDLESS

**Free Shipping**

Processing time    : 5 days
Wholesaler: james
Enlarge

Itemcode: 64743421
$ 26.82 / Piece
$ 321.86/ Lot
12 Pieces/ Lot

---

### 1 pcs 360 Degree Powerful and Cordless Swivel Sweeper as seen on tv

The revolutionary new Swivel Sweeper picks up messes faster and easier than ordinary brooms and swee...
**Free Shipping**

Processing time    : 3 days
Wholesaler: prettygirl
Enlarge

Itemcode: 58864526
$ 82.90~74.1 / Piece

---

### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!

NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 5pcs lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: alina
Enlarge

Itemcode: 64051012
$ 16.6~43.78 / Piece
$ 83.0~213.9/ Lot
5 Pieces/ Lot

---

### NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB!!

NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB 2pcs lot

**Free Shipping**

Processing time    : 3 days
Wholesaler: alina
Enlarge

Itemcode: 64051317
$ 15.78~49.02 / Piece
$ 31.56~98.04/ Lot
2 Pieces/ Lot

---

### Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As

Swivel Sweeper G2 TOUCHLESS AND CORDLESS ENHANCED MODEL As seen on TV

**Free Shipping**

Processing time    : 3 days
Wholesaler: welldone-tech
Enlarge

Itemcode: 69144130
$ 24.06~25.57 / Piece
$ 577.52~613.6/ Lot
24 Pieces/ Lot

---

### Free Shpping 12pcs Swivel Sweeper The Best Most Convenient Cordless

Free Shpping 12pcs Swivel Sweeper The Best Most Convenient Cordless Sweeper Ever As Seen on TV
**Free Shipping**

Processing time    : 3 days
Wholesaler: hittime
Enlarge

Itemcode: 54053383
$ 23.83~25.61 / Piece
$ 286.23~307.3/ Lot
12 Pieces/ Lot

---

### 12pcs lot Swivel Sweeper G2 TOUCHLESS USA,AU,UK EURO Plug

12pcs lot Swivel Sweeper G2 TOUCHLESS USA, AU, UK EURO Plug

**Free Shipping**

Itemcode: 66051786
$ 19.09~19.94 / Piece
$ 236.17~239.3/ Lot

---

**Search** swivel sweeper          All categories           Advanced Search

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

   **PayPal**

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Swivel Sweeper**

**Refine your Search**

**Categories**

Home & Garden (254)

**Price**

$ ___ to $ ___ [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

All Items     Only Factory items

**254** wholesale items found for swivel sweeper.

Holiday Gift Ideas

View:   List     Grid     Gallery                                    Sort by:  Best match



### "One Day Dispatch" 12pcs lot Swivel Sweeper G2 TOUCHLESS USA,AU,UK
"One Day Dispatch" 12pcs lot Swivel Sweeper G2 TOUCHLESS USA, AU, UK EURO Plug

**Free Shipping**
Processing time    : 5 days
Wholesaler: dhgate_factory
Enlarge

Itemcode: 66042977
**$ 19.90~19.94 / Piece**
$ 235.12~239.3/ Lot
12 Pieces/ Lot

### "One Day Dispatch" 12pcs lot Swivel Sweeper G2 TOUCHLESS USA,AU,UK
"One Day Dispatch" 12pcs lot Swivel Sweeper G2 TOUCHLESS USA, AU, UK EURO Plug

**Free Shipping**
Processing time    : 5 days
Wholesaler: lchanne
Enlarge

Itemcode: 66042940
**$ 19.90~19.94 / Piece**
$ 235.12~239.3/ Lot
12 Pieces/ Lot



### SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB
SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM G2 NIB

Processing time    : 5 days
Wholesaler: chunlonghe
Enlarge

Itemcode: 67655415
**$ 17.85 / Piece**



### New swivel sweeper G2 plugs US Version 360 Degree Powerful&Cordless
New swivel sweeper G2 plugs US Version 360 Degree Powerful&Cordless Swivel Sweeper AS SEEN ON TV
**Free Shipping**

Processing time    : 3 days
Wholesaler: hklk668
Enlarge

Itemcode: 63062145
**$ 176.17~232.77 / Piece**



### Hot TV product 360-degree Swivel Sweeper
1 pcs per lot

**Free Shipping**
Processing time    : 3 days
Wholesaler: danny365
Enlarge

Itemcode: 66521840
**$ 30.9 / Piece**



### Swivel Sweeper G2 Free DHL shipping 12pcs lot The Best Convenient
Free DHL shipping Swivel Sweeper G2 12pcs lot The Best Convenient Cordless Sweeper As seen on TV
**Free Shipping**

Processing time    : 5 days
Wholesaler: emarket
Enlarge

Itemcode: 63437327
**$ 22.54~24.76 / Piece**
$ 270.48~297.15/ Lot
12 Pieces/ Lot

### Wholesale - NEW SWIVEL SWEEPER G2 UPGRADED CORDLESS VACUUM
The Swivel Sweeper is BACK with a new and improved version, the G2! The new Swivel Sweeper G2 has a ...
**Free Shipping**

Processing time    : 4 days
Wholesaler: kekequ
Enlarge

Itemcode: 66504053
**$ 20.77~22.83 / Piece**
$ 498.5~547.86/ Lot
24 Pieces/ Lot



### Swivel Sweeper G2 Cordless Sweeper SWIVEL Day 1-day dispatch 24
Swivel Sweeper G2 Cordless Sweeper SWIVEL Day 1- day dispatch 24 hours!!! Free dhl Shipping 60pcs
**Free Shipping**

Itemcode: 68686746
**$ 19.58~20.28 / Piece**
$ 1174.84~1216.5/ Lot

**Search** swivel sweeper | All categories | Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX  VISA  ☐  ☐  C 财富通支付  **PayPal**  ✓ 诚信通

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

# EXHIBIT 11

Home > **Wholesale Turbo Snake**



**Refine your Search**

**Categories**

Home & Garden (157)

Health & Beauty (4)

**Price**

$ [    ] to $ [    ]  [Go]

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

**Related Keywords**

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

All items        Only Factory items

**161** wholesale items found for turbo snake .

Holiday Gift Ideas

View:      List          Grid          Gallery          Sort by: [ Best match ]

---

**TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV**

TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV

**Free Shipping**

Processing time    : 1 days

Wholesaler: bond001

Enlarge

Itemcode: 69447093

**$ 1.9~2.0 / Piece**

$ 228.48~240.0 / Lot

120 Pieces/ Lot

---

**TNT Ship Fast Get Brand New 120pcs Turbo Snake**

TNT Ship Fast Get Brand New 120pcs Turbo Snake

**Free Shipping**

Processing time    : 1 days

Wholesaler: jesus

Enlarge

Itemcode: 69447140

**$ 1.92~2.0 / Piece**

$ 230.75~240.0 / Lot

120 Pieces/ Lot

---

**TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 120pcs**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Processing time    : 5 days

Wholesaler: zch1004

Enlarge

Itemcode: 68727776

**$ 1.07~1.23 / Piece**

$ 128.73~147.3 / Lot

120 Pieces/ Lot

---

**20pcs NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL

Processing time    : 5 days

Wholesaler: ce_sz

Enlarge

Itemcode: 69395980

**$ 3.27~3.99 / Piece**

$ 65.42~79.8 / Lot

20 Pieces/ Lot

---

**Wholesale - TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen**

Wholesale - TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV

**Free Shipping**

Processing time    : 5 days

Wholesaler: yong2008

Enlarge

Itemcode: 69658332

**$ 2.02~2.36 / Piece**

$ 242.63~289.4 / Lot

120 Pieces/ Lot

---

**Turbo Snake**

Turbo Snake - The Best Drain Cleaner

**Free Shipping**

Processing time    : 3 days

Wholesaler: vwinstar

Enlarge

Itemcode: 68471997

**$ 1.79~2.01 / Piece**

$ 215.0~241.65/ Lot

120 Pieces/ Lot

---

**Freeship+ 12pcs Lot Brand New Turbo Snake As Seen On TV**

Brand New Turbo Snake As Seen On TV

**Free Shipping**

Processing time    : 3 days

Wholesaler: sz_it_shop

Enlarge

Itemcode: 68957009

**$ 3.22~3.66 / Piece**

$ 38.67~43.89/ Lot

12 Pieces/ Lot

---

**NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL 200pcs**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL 200pcs

**Free Shipping**

Itemcode: 68338413

**$ 2.61~2.72 / Piece**

$ 522.5~543.4 / Lot

| Search | turbo snake | | All categories | |  Advanced Search |

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home. > **Wholesale Turbo Snake**

**Refine your Search**

**Categories**

Home & Garden (157)

Health & Beauty (4)

**Price**

$ [ ] to $ [ ] Go

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

**Related Keywords**

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

---

All Items    Only Factory items

**161** wholesale items found for turbo snake .

Holiday Gift Ideas

View:    List    Grid    Gallery

Sort by: Best match

---



### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE...ji4

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!!

Free Shipping

Processing time    : 4 days

Wholesaler: blandness

Enlarge

Itemcode: 68982634
$ 3.46~3.75 / Piece
$ 207.48~225.0/ Lot
60 Pieces/ Lot

---



### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As seen on tv 120pcs

Free Shipping

Processing time    : 3 days

Wholesaler: jxianghaoyun888

Enlarge

Itemcode: 68490380
$ 2.47~2.8 / Piece
$ 296.68~336.0/ Lot
120 Pieces/ Lot

---



### 60pcs TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As Seen On TV

Free Shipping

Processing time    : 4 days

Wholesaler: shenzhen2008

Enlarge

Itemcode: 68360859
$ 2.8~3.06 / Piece
$ 168.27~183.75/ Lot
60 Pieces/ Lot

---



### Wholesale -20pcs lot NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL

Wholesale - NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 20pcs lot

Free Shipping

Processing time    : 1 days

Wholesaler: michell1213

Enlarge

Itemcode: 68445728
$ 5.28~6.26 / Piece
$ 105.63~125.1/ Lot
20 Pieces/ Lot

---



### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE As On TV 200

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE As On TV 200 PCS lot

Free Shipping

Processing time    : 5 days

Wholesaler: pingping161

Enlarge

Itemcode: 69714558
$ 1.89~1.99 / Piece
$ 378.12~398.08/ Lot
200 Pieces/ Lot

---



### 120pcs lot Cleaning Supplies +Turbo Snake Use for bathroom sinks,

120pcs lot Cleaning Supplies + Turbo Snake Use for bathroom sinks, showers, and tubs as seen on tv

Free Shipping

Processing time    : 3 days

Wholesaler: silk-road

Enlarge

Itemcode: 68700994
$ 1.98~2.14 / Piece
$ 237.93~257.19/ Lot
120 Pieces/ Lot

---



### Only to AU TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Only to AU TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As seen on tv 120pcs

Processing time    : 5 days

Wholesaler: bestservice01

Enlarge

Itemcode: 68568298
$ 2.43~2.64 / Piece
$ 291.0~317.13/ Lot
120 Pieces/ Lot

---

### Wholesale - - 120pcs lot Turbo Snake As Seen On TV

120pcs lot Turbo Snake As Seen On TV

Free Shipping

Itemcode: 69606395
$ 2.41~2.58 / Piece
$ 288.84~309.36/ Lot

---

**Search** turbo snake | All categories |  Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

   PayPal

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Turbo Snake**

**Refine your Search**

**Categories**

Home & Garden (157)

Health & Beauty (4)

**Price**

$ [ ] to $ [ ] [Go]

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

**Related Keywords**

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

All Items    Only Factory Items

**161** wholesale items found for turbo snake .

Holiday Gift Ideas

View:    List    Grid    Gallery

Sort by: Best match



### TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV
TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV

Free Shipping

Processing time    : 1 days

Wholesaler: jesus

Enlarge

Itemcode: 69447134
**$ 2.0 / Piece**
$ 240.0/ Lot
120 Pieces/ Lot



### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 72pcs lot
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Processing time    : 5 days

Wholesaler: zch1004

Enlarge

Itemcode: 69396088
**$ 2.3~2.66 / Piece**
$ 165.48~191.7/ Lot
72 Pieces/ Lot



### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 24pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Processing time    : 5 days

Wholesaler: zch1004

Enlarge

Itemcode: 67429864
**$ 2.98~3.56 / Piece**
$ 70.72~85.5/ Lot
24 Pieces/ Lot



### TNT Ship Fast Get Brand New 240pcs Turbo Snake
TNT Ship Fast Get Brand New 240pcs Turbo Snake

Free Shipping

Processing time    : 1 days

Wholesaler: bond001

Enlarge

Itemcode: 69447163
**$ 1.9 / Piece**
$ 456.0/ Lot
240 Pieces/ Lot



### Wholesale - TNT Ship Fast Get Brand New 240pcs Turbo Snake
Wholesale - TNT Ship Fast Get Brand New 240pcs Turbo Snake

Free Shipping

Processing time    : 5 days

Wholesaler: yong2008

Enlarge

Itemcode: 69858228
**$ 1.99 / Piece**
$ 478.52/ Lot
240 Pieces/ Lot



### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 120pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Processing time    : 5 days

Wholesaler: zch1004

Enlarge

Itemcode: 68755902
**$ 1.77~1.97 / Piece**
$ 212.73~236.99/ Lot
120 Pieces/ Lot

### 60pcs NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL D4.2
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL

Free Shipping

Processing time    : 5 days

Wholesaler: ce_sz

Enlarge

Itemcode: 68254690
**$ 2.85~3.21 / Piece**
$ 170.73~192.81/ Lot
60 Pieces/ Lot



### 120pcs lot NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL! shipping to
120pcs lot NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL!

Free Shipping

Itemcode: 68581494
**$ 2.63~2.8 / Piece**
$ 315.27~335.92/ Lot

**Search** turbo snake | All categories | Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX  VISA  ☐  ☐  🅒 中国在线支付 PayPal  ✓ 安全认证

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Turbo Snake**

Refine your Search

Categories

Home & Garden (157)
Health & Beauty (4)

**Price**

$ ___ to $ ___  Go

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

**Related Keywords**

shox turbo
turbo jam
nike shox turbo
snake skin
snake chain
black snake
leather snake

All Items    Only Factory Items

**161** wholesale items found for turbo snake .

Holiday Gift Ideas

View:    List    Grid    Gallery

Sort by: Best match



### 120pcs NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL

Free Shipping
Processing time    : 6 days
Wholesaler: ce_sz
Enlarge

Itemcode: 68254680
**$ 2.6~2.71 / Piece**
$ 311.45~324.77/ Lot
120 Pieces/ Lot



### Freeship+ 72pcs Lot Brand New Turbo Snake As Seen On TV
Brand New Turbo Snake As Seen On TV

Free Shipping
Processing time    : 3 days
Wholesaler: sz_it_shop
Enlarge

Itemcode: 68956735
**$ 2.09~2.21 / Piece**
$ 149.44~158.84/ Lot
72 Pieces/ Lot



### Freeship+ 24pcs Lot Brand New Turbo Snake As Seen On TV
Brand New Turbo Snake As Seen On TV

Free Shipping
Processing time    : 3 days
Wholesaler: sz_it_shop
Enlarge

Itemcode: 68956687
**$ 2.48~2.66 / Piece**
$ 59.57~63.75/ Lot
24 Pieces/ Lot

### Freeship+ 5pcs Lot Brand New Turbo Snake As Seen On TV
Brand New Turbo Snake As Seen On TV

Free Shipping
Processing time    : 3 days
Wholesaler: sz_it_shop
Enlarge

Itemcode: 68956684
**$ 3.55~3.97 / Piece**
$ 17.77~19.85/ Lot
5 Pieces/ Lot



### Freeship+ 50pcs Lot Brand New Turbo Snake As Seen On TV
Brand New Turbo Snake As Seen On TV

Free Shipping
Processing time    : 3 days
Wholesaler: sz_it_shop
Enlarge

Itemcode: 69015108
**$ 2.17~2.26 / Piece**
$ 108.68~112.86/ Lot
50 Pieces/ Lot

### Freeship+ 30pcs Lot Brand New Turbo Snake As Seen On TV
Brand New Turbo Snake As Seen On TV

Free Shipping
Processing time    : 3 days
Wholesaler: sz_it_shop
Enlarge

Itemcode: 69015080
**$ 2.33~2.51 / Piece**
$ 70.02~75.24/ Lot
30 Pieces/ Lot



### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 12pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping
Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 68756097
**$ 3.68~4.75 / Piece**
$ 44.16~57.0/ Lot
12 Pieces/ Lot



### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 240pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Itemcode: 69688735
**$ 1.76~1.94 / Piece**
$ 421.96~464.99/ Lot

**Search** turbo snake    All categories    Advanced Search

| Payment | Shipment | Dispute | Customer Service |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

AMEX   VISA          **PayPal**   

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Turbo Snake**

Holiday Gift ideas

**Refine your Search**

**Categories**

Home & Garden (157)
Health & Beauty (4)

**Price**

$ [ ] to $ [ ] Go

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

**Related Keywords**

shox turbo
turbo jam
nike shox turbo
snake skin
snake chain
black snake
leather snake

All Items    Only Factory items

**161** wholesale items found for turbo snake .

View:    List    Grid    Gallery        Sort by: Best match


### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 100pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE
Free Shipping
Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 68727372
$ 2.13~2.37 / Piece
$ 212.73~236.99/ Lot
100 Pieces/ Lot


### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 200pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE to Au NZ Sg Jp
Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69394823
$ 1.74~1.94 / Piece
$ 348.88~387.99/ Lot
200 Pieces/ Lot


### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 100pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE
Free Shipping
Processing time    : 10 days
Wholesaler: zch1004
Enlarge

Itemcode: 68756030
$ 1.67~1.88 / Piece
$ 166.61~187.72/ Lot
100 Pieces/ Lot


### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 144pcs
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE
Free Shipping
Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69688353
$ 1.99~2.22 / Piece
$ 286.23~319.95/ Lot
144 Pieces/ Lot


### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE 60pcs lot
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE
Free Shipping
Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 68727641
$ 2.13~2.55 / Piece
$ 128.73~152.99/ Lot
60 Pieces/ Lot


### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original
TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As seen on tv 120pcs
Free Shipping
Processing time    : 3 days
Wholesaler: chris-store
Enlarge

Itemcode: 67522920
$ 6.30~6.66 / Piece
$ 782.85~799.43/ Lot
120 Pieces/ Lot


### 120pcs TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE
TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As Seen On TV
Free Shipping
Processing time    : 4 days
Wholesaler: shenzhen2008
Enlarge

Itemcode: 68360874
$ 2.6~2.77 / Piece
$ 312.09~331.8/ Lot
120 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original
TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE
Free Shipping

Itemcode: 67416244
$ 2.55~2.86 / Piece
$ 306.38~343.49/ Lot

**Search** turbo snake    | All categories    | **Advanced Search**

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

  

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Turbo Snake**



**Refine your Search**

**Categories**

Home & Garden (157)

Health & Beauty (4)

**Price**

$ [    ] to $ [    ] [Go]

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

**Related Keywords**

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

---

All Items    Only Factory Items

**161** wholesale items found for turbo snake .                                    Holiday Gift Ideas

View:    List    Grid    Gallery                                Sort by: Best match

### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE...||2
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKEII

Free Shipping

Processing time    : 4 days
Wholesaler: blandness
Enlarge

Itemcode: 68982364
$ 3.77~3.99 / Piece
$ 112.98~119.55/ Lot
30 Pieces/ Lot

### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE...||1
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! Quantity: 1 lot

Free Shipping

Processing time    : 4 days
Wholesaler: blandness
Enlarge

Itemcode: 68982381
$ 3.77~3.99 / Piece
$ 112.98~119.55/ Lot
30 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE PLUMBERS
TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE PLUMBERS 100pcs

Free Shipping

Processing time    : 2 days
Wholesaler: alympic-2012
Enlarge

Itemcode: 68336264
$ 2.82~3.14 / Piece
$ 282.15~313.5/ Lot
100 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE(green box
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69702483
$ 1.94~2.08 / Piece
$ 557.68~599.99/ Lot
288 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE(green box
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69702320
$ 1.91~2.17 / Piece
$ 286.23~324.9/ Lot
150 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE(green box
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69701701
$ 2.0~3.19 / Piece
$ 78.14~95.76/ Lot
30 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE(green box
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Processing time    : 5 days
Wholesaler: zch1004
Enlarge

Itemcode: 69702212
$ 2.0~2.29 / Piece
$ 191.73~219.45/ Lot
96 Pieces/ Lot

### TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE(green box
NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE

Free Shipping

Itemcode: 69702015
$ 2.34~2.79 / Piece
$ 107.73~133.98/ Lot

**Search** turbo snake    All categories    Advanced Search

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

AMEX  VISA    PayPal

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Turbo Snake**

## Refine your Search

### Categories

Home & Garden (157)

Health & Beauty (4)

### Price

$ [    ] to $ [    ] [Go]

### Preferences

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

### Related Keywords

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

---

All Items    Only Factory Items

**161** wholesale items found for turbo snake .

Holiday Gift Ideas

View:    List    Grid    Gallery          Sort by: [ Best match ]

---

### 60pcs Turbo Snake pipeline dredge to clear the browser plug toilet device

60pcs Turbo Snake pipeline dredge to clear the browser plug toilet device sales AS seen no TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: bestservice01
Enlarge

Itemcode: 67397202
**$ 3.00~3.38 / Piece**
$ 183.41~202.8/ Lot
60 Pieces/ Lot

---



### 120pcs Turbo Snake pipeline dredge to clear the browser plug toilet device

120pcs Turbo Snake pipeline dredge to clear the browser plug toilet device sales no TV

**Free Shipping**

Processing time    : 7 days
Wholesaler: bestservice01
Enlarge

Itemcode: 67397129
**$ 2.79~2.87 / Piece**
$ 334.64~344.4/ Lot
120 Pieces/ Lot

---

### Turbo Snake As On TV 100 PCS lot TURBO SNAKE DRAIN HAIR REMOVAL

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE As On TV 100 PCS lot Turbo Snake
**Free Shipping**

Processing time    : 5 days
Wholesaler: pingping161
Enlarge

Itemcode: 69714689
**$ 2.09~2.17 / Piece**
$ 196.98~208.35/ Lot
96 Pieces/ Lot

---

### Wholesale - 30pcs TURBO SNAKE DRAIN HAIR REMOVAL TOOL

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As Seen On TV

**Free Shipping**

Processing time    : 3 days
Wholesaler: sjfcfhtd
Enlarge

Itemcode: 68799569
**$ 4.47~5.21 / Piece**
$ 133.98~156.18/ Lot
30 Pieces/ Lot

---

### Wholesale - 10pcs TURBO SNAKE DRAIN HAIR REMOVAL TOOL

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As Seen On TV

**Free Shipping**

Processing time    : 3 days
Wholesaler: sjfcfhtd
Enlarge

Itemcode: 68799563
**$ 5.8~7.07 / Piece**
$ 58.0~70.68/ Lot
10 Pieces/ Lot

---



### 30pcs Turbo Snake pipeline dredge to clear the browser plug toilet device

30pcs Turbo Snake pipeline dredge to clear the browser plug toilet device sales AS seen no TV

**Free Shipping**

Processing time    : 5 days
Wholesaler: bestservice01
Enlarge

Itemcode: 67397313
**$ 3.45~3.87 / Piece**
$ 103.46~116.22/ Lot
30 Pieces/ Lot

---



### TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV

TNT Ship Fast Get Brand New 120pcs Turbo Snake As Seen On TV

**Free Shipping**

Processing time    : 1 days
Wholesaler: bond001
Enlarge

Itemcode: 68589949
**$ 1.9~2.0 / Piece**
$ 228.46~240.0/ Lot
120 Pieces/ Lot

---



### NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 60pcs

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! Quantity: 1 lot

**Free Shipping**

Itemcode: 68925206
**$ 3.4~3.75 / Piece**
$ 204.08~225.0/ Lot

---



| Search | turbo snake | | All categories | | Advanced Search |
|---|---|---|---|---|---|

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

AMEX  VISA  ██  █████  ❂ 支付宝支付  PayPal  ✓

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Home > **Wholesale Turbo Snake**

Case1:09-cv-06895 Document1 Filed01/27/10 Page1of1

**Refine your Search**

**Categories**

Home & Garden (157)

Health & Beauty (4)

**Price**

$ [ ] to $ [ ] [Go]

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip items

Stock in US/AU

Rock-bottom Specials

**Related Keywords**

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

All Items          Only Factory Items

**161** wholesale items found  for turbo snake .

Holiday Gift Ideas

View:     List          Grid          Gallery

Sort by:  Best match



**Brand new Turbo Snake Plumber's Quality As Seen On TV,180 packs lot!**

Brand new Turbo Snake Plumber's Quality As Seen On TV, 180 packs lot! Product Includes: 1 Sink S. . .

**Free Shipping**

Processing time     : 20 days

Wholesaler: made

Enlarge

Itemcode: 68011583

**$ 2.63~2.82 / Piece**

$ 474.16~507.2/ Lot

180 Pieces/ Lot



**Brand New TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE**

TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE original package As seen on tv

**Free Shipping**

Processing time     : 4 days

Wholesaler: kameilin888

Enlarge

Itemcode: 69349141

**$ 2.8 / Piece**

$ 336.0/ Lot

120 Pieces/ Lot



**Wholesale - NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 150pcs lot

**Free Shipping**

Processing time     : 3 days

Wholesaler: gogocsz2012

Enlarge

Itemcode: 68336703

**$ 5.72~6.07 / Piece**

$ 858.68~910.4/ Lot

150 Pieces/ Lot



**Wholesale - NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 100pcs lot

**Free Shipping**

Processing time     : 3 days

Wholesaler: gogocsz2012

Enlarge

Itemcode: 68336553

**$ 6.31~6.56 / Piece**

$ 630.76~656.0/ Lot

100 Pieces/ Lot



**Wholesale - NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 240pcs lot

**Free Shipping**

Processing time     : 2 days

Wholesaler: gogocsz2012

Enlarge

Itemcode: 68337015

**$ 5.58~5.82 / Piece**

$ 1338.66~1396.5/ Lot

240 Pieces/ Lot



**Wholesale - NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 50pcs lot

**Free Shipping**

Processing time     : 3 days

Wholesaler: gogocsz2012

Enlarge

Itemcode: 68337195

**$ 6.56~6.93 / Piece**

$ 328.0~346.7/ Lot

50 Pieces/ Lot



**Wholesale - NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!! 30pcs lot

**Free Shipping**

Processing time     : 3 days

Wholesaler: gogocsz2012

Enlarge

Itemcode: 68337381

**$ 6.39~7.13 / Piece**

$ 191.73~213.9/ Lot

30 Pieces/ Lot



**Wholesale - 24pcs lot NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL**

Wholesale - 24pcs lot NEW TURBO SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE!!

**Free Shipping**

Itemcode: 68445436

**$ 5.45~6.6 / Piece**

$ 130.83~158.4/ Lot

**Search** turbo snake | All categories |  Advanced Search

| **Payment** | **Shipment** | **Dispute** | **Customer Service** |
|---|---|---|---|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates



Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

Sign In | Join Free | Help | ❭ 卖家首页

**Fast Trading Marketplace**

Home    My DHgate

Search | turbo snake | All categories | 🔍 Advanced Search | Cart 0 item(s)

All Categories    What's New    Factory Zone    Stock in US/AU    Promotions

Home > Wholesale Turbo Snake

**Refine your Search**

**Categories**

All Items    Only Factory Items

Home & Garden (157)

Health & Beauty (4)

**161** wholesale items found for turbo snake .

Holiday Gift Ideas

**Price**

View:    List    Grid    Gallery

Sort by: | Best match |

$ | | to $ | | Go



**Wholesale TURBO SNAKE SINK SNAKE DRAIN HAIR REMOVAL TOOL**

Wholesale TURBO SNAKE SINK SNAKE DRAIN HAIR REMOVAL TOOL TURBOSNAKE As seen on tv 240pcs

**Preferences**

Free shipping

Wholesale only

New arrival

Seller online

7 Days return

1-day dispatch

Vip Items

Stock in US/AU

Rock-bottom Specials

**Free Shipping**

Processing time    : 5 days

Wholesaler: source-art

Enlarge

Itemcode: 67944646

**$ 2.30~2.34 / Piece**

$ 541.7~560.7/ Lot

240 Pieces/ Lot

Items per page: **20** | 40

Page 9 - 9 of 161  | 1 || 2 || 3 || 4 || 5 || 6 || 7 || 8 || 9 |

**Related Keywords**

shox turbo

turbo jam

nike shox turbo

snake skin

snake chain

black snake

leather snake

Search | turbo snake | All categories | 🔍 Advanced Search

**Payment**

Escrow

Payment Methods

Payment Confirmation

**Shipment**

Shipping Methods

Shipping Cost Calculation

Order Tracking

Customs

**Dispute**

Dispute Process

Escalated Disputes

**Customer Service**

Help

Contact Customer Service

Home  |  Your Account  |  Help  |  Sitemap Index  |  Top Searches  |  Top Products  |  About Us  |  Contact Us  |  Security & Privacy  |  Terms of Use  |  Affiliates

 **PayPal** ✓

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.

# EXHIBIT 12

Home > **Wholesale Sure Clip**

**Refine your Search**

**Categories**

Health & Beauty (1)

**Price**

$ [ ] to $ [ ] [Go]

**Preferences**

Free shipping
Wholesale only
New arrival
Seller online
7 Days return
1-day dispatch
Vip items
Stock in US/AU
Rock-bottom Specials

**Related Keywords**

belt clip
money clip
clip for
hair clip
belt clip for
with clip
clip free
with belt clip
clip for ipod
money clip wallet





**1** wholesale items found for **sure clip** .

Holiday Gift Ideas

View:     List          Grid          Gallery                                      Sort by: [ Best match                    ]

**SURE CLIP ADVANCED NAIL CLIPPER AS SEEN ON TV BRAND NEW 24pcs**

SURE CLIP ADVANCED NAIL CLIPPER AS SEEN ON TV BRAND NEW 24pcs lot

**Free Shipping**

Processing time    : 7 days
Wholesaler: acwholesaler
    Enlarge

Itemcode: 69159389
**$ 5.44~6.37 / Piece**
$ 130.53~152.85/ Lot
24 Pieces/ Lot

Items per page:  20 | 40

Page 1 - 1 of 1  | 1 |

**Free Shipping**
**$37.2**

| Search | sure clip | | All categories | | Advanced Search |

| Payment | Shipment | Dispute | Customer Service |
|---------|----------|---------|------------------|
| Escrow | Shipping Methods | Dispute Process | Help |
| Payment Methods | Shipping Cost Calculation | Escalated Disputes | Contact Customer Service |
| Payment Confirmation | Order Tracking | | |
| | Customs | | |

Home | Your Account | Help | Sitemap Index | Top Searches | Top Products | About Us | Contact Us | Security & Privacy | Terms of Use | Affiliates

   

Copyright Notice © 2004 - 2009 DHgate.com All rights reserved.