Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, dfingerman@mount.com

Jason M. Drangel, Esq. (admitted *pro hac vice*)
Epstein Drangel Bazerman & James, LLP
60 East 42nd St Ste 820
New York NY  10165
Phone: (212) 292-5390
Fax:     (212) 292-5391
Email: jdrangel@ipcounselors.com

Attorneys for Ontel Products Corporation

United States District Court
Northern District of California

| | |
|---|---|
| Ontel Products Corporation<br><br>Plaintiff<br><br>vs.<br><br>Beijing Dunhuang Heguang Information Technology Co. Ltd.; Mei Fu Luo; and United Logistics Solutions Inc.<br><br>Defendants | Case No. 4:10-00386-PJH<br>U.S. Judge Phyllis J. Hamilton<br><br>**Stipulation To Extend Case Management Dates and [Proposed] Order** |

1    Plaintiff Ontel products Corporation and Defendants Beijing Dunhuang Heguang Information
2    Technology Co. Ltd.; Mei Fu Luo; and United Logistic Solutions Inc. stipulate as follows:

3    1.   Defendants Mei Fu Luo; and United Logistic Solutions Inc. were served on February
4    6, 2010 and February 8, 2010, respectively.

5    2.   Defendant Beijing Dunhuang Heguang Information Technology Co. Ltd. was not yet
6    served.

7    3.   All parties have reached an agreement in principle to settle this case and are working
8    to prepare a formal settlement agreement and a stipulated dismissal.

9    4.   Plaintiff has informally extended the defendants (except Beijing Dunhang who has
10   still not been served) time to answer the complaint, so that the parties could discuss settlement.

11   5.   All parties now request an extension of the case management dates, so that they can
12   finalize the settlement agreement and the stipulated judgment without incurring the extra costs
13   associated with counsel preparing a joint case management report and attending the case management
14   conference.  The parties still intend to resolve this case by their settlement agreement and stipulated
15   dismissal by June 30, 2010.  The parties believe they can do so, which would avoid the need for a
16   case management conference.

17   6.   The present case management deadlines, were set by the court's initial scheduling
18   order on March 9, 2010:

19   a.   <u>May 6, 2010</u>: Last day to file Rule 26(f) Report, complete initial disclosures or
20        state objection in Rule 26(f) Report and file Case Management Statement per
21        attached Standing Order re Contents of Joint Case Management Statement
22   b.   <u>May 13, 2010</u>: INITIAL CASE MANAGEMENT CONFERENCE (CMC).

23   7.   The parties request that the case management deadlines be extended as follows:
24   a.   <u>July 22, 2010</u>: Last day to file Rule 26(f) Report, complete initial disclosures
25        or state objection in Rule 26(f) Report and file Case Management Statement
26        per attached Standing Order re Contents of Joint Case Management Statement.
27   b.   <u>July 29, 2010</u>: INITIAL CASE MANAGEMENT CONFERENCE (CMC).
28

It is so stipulated:

| | |
|---|---|
| Date: April 30, 2010 | Mount & Stoelker, P.C., <br> /s/ Dan Fingerman <br> Attorneys for Plaintiff Ontel Products Corporation |
| Date: April 30, 2010 | /s/ Bart Selden <br> Attorneys for Defendant United Logistic Solutions, Inc. |
| Date: April 30, 2010 | /s/ James Cai <br> Attorneys for Defendant Mei Fu Luo |

As the attorney electronically filing this document, I attest that my co-counsel, Jason Drangel, informs me that Bart Selden, James Cai and Frances Bivens (counsel for Beijing Dunhang) have concurred in this filing.

| | |
|---|---|
| Date: April 30, 2010 | Mount & Stoelker, P.C., <br> /s/ Dan Fingerman <br> Attorneys for Plaintiff Ontel Products Corporation |

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/4/10

_____
U.S. District Judge Phyllis J. Hamilton

*IT IS SO ORDERED. Judge Phyllis J. Hamilton (seal, Northern District of California)*

Stipulation To Extend Case Management Dates and [Proposed] Order

Page 2