Jason M. Drangel, Esq. (to be admitted *pro hac vice*)
Epstein Drangel Bazerman & James, LLP
60 East 42nd St Ste 820
New York NY  10165
Phone: (212) 292-5390
Fax:     (212) 292-5391
Email: jdrangel@ipcounselors.com

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, dfingerman@mount.com

Attorneys for Ontel Products Corporation

United States District Court
Northern District of California

| | |
|---|---|
| Ontel Products Corporation<br><br>            Plaintiff<br><br>vs.<br><br>Beijing Dunhuang Heguang Information Technology Co. Ltd.; Mei Fu Luo; and United Logistics Solutions Inc.<br><br>            Defendants | Case No.  4:10-cv-00386-PJH<br><br>**[Proposed] Order Continuing Case Management Dates** |

1   Plaintiff has informed the court that the parties have reached a settlement agreement and that
2  Plaintiff expects to file dismissals soon.  For good cause, the case management dates are continued as
3  follows:

    a.    <u>August 26, 2010</u>: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement.

    b.    <u>September 2, 2010</u>: INITIAL CASE MANAGEMENT CONFERENCE (CMC).

Date: __7/26/10_____    _____
U.S. District Judge Phyllis J. Hamilton



Case No.  4:10-cv-00386-PJH    Page 1
[Proposed] Order Continuing Case Management Dates