1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  Mount & Stoelker, P.C.
   RiverPark Tower, Suite 1650
3  333 West San Carlos Street
   San Jose CA  95110-2740
4  Phone: (408) 279-7000
   Fax:    (408) 998-1473
5  Email: dmount@mount.com, dfingerman@mount.com
6
7  Jason M. Drangel, Esq. (admitted *pro hac vice*)
   Epstein Drangel Bazerman & James, LLP
8  60 East 42nd St Ste 820
   New York NY  10165
9  Phone: (212) 292-5390
   Fax:    (212) 292-5391
10 Email: jdrangel@ipcounselors.com
11
   Attorneys for Ontel Products Corporation
12
13                    United States District Court
                     Northern District of California
14
15 Ontel Products Corporation              )
                                           )
16              Plaintiff                   )
                                           )
                                           )  Case No. 4:10-00386-PJH
17 vs.                                      )  U.S. Judge Phyllis J. Hamilton
                                           )
18 Beijing Dunhuang Heguang Information     )
   Technology Co. Ltd.; Mei Fu Luo; and    )
19 United Logistics Solutions Inc.          )
                                           )
20              Defendants                  )
                                           )
21
22
23
24
25
26
27
28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1

## STIPULATION OF DISMISSAL

2
3
4
5

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that the above-captioned action be and hereby is dismissed in its entirety, with prejudice.  Each party shall bear its own costs, expenses, and attorney fees.   Approved by the parties, through Counsel:

6

It is so stipulated:

7

Date: August 11, 2010

8

Mount & Stoelker, P.C.,

9

/s/ Dan Fingerman
Attorneys for Plaintiff Ontel Products Corporation

10

Date:  August 10, 2010

Gartenberg Gelfand Wasson & Selden LLP

11
12

Attorneys for Defendant United Logistic

13

Date: August 10, 2010

Schein & Cai LLP

14
15

Attorneys for Defendant Mei Fu Luo

16
17

Date: August 10, 2010

Davis Polk & Wardwell LLP

18
19

Attorneys for Defendant Beijing Dunhuang Heguang Information Technology Co. Ltd.

20
21

As the attorney electronically filing this document, I attest that James Cai, Bart Selden and Frances Bivens have concurred in this filing.

22
23
24

Date: August 11, 2010

Mount & Stoelker, P.C.,
/s/ Dan Fingerman
Attorneys for Plaintiff Ontel Products Corporation

25
26

Pursuant to stipulation, IT IS SO ORDERED.

27
28

Date:   8/13/10

U.S. Judge Phyllis J. Ham

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000